IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| ELIZABETH NIBLOCK, Individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br>v.<br><br>UNIVERSITY OF KENTUCKY, BOARD OF TRUSTEES, MITCH BARNHART and ELI CAPILOUTO in their official capacities,<br><br>Defendants. | CIVIL ACTION NO. 5:19-CV-00394-KKC<br><br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL OF BOARD OF TRUSTEES** |

COMES NOW the Plaintiff and by and through her attorneys, and hereby dismisses the Board of Trustees without prejudice. Plaintiff's action against all other named Defendants will proceed.

Respectfully submitted,

NEWKIRK ZWAGERMAN, P.L.C.

*/s/ Jill Zwagerman*
Jill Zwagerman AT0000324
Beatriz Mate-Kodjo AT0012331
Lori Bullock AT0012240
521 E. Locust Street, Suite 300
Des Moines, IA 50309
Telephone: 515-883-2000
Email: jzwagerman@newkirklaw.com
Email: bmate-kodjo@newkirklaw.com
Email: lbullock@newkirklaw.com


BONAR, BUCHER & RANKIN, PSC
Barbara Bonar
Sophia Stevenson
3611 Decoursey Avenue
Covington, KY 41015

        Telephone: 859-431-3333
        Email: bdbonar@lawatbdb.com
        Email: Sophia.stevenson@lawatbdb.com

        ATTORNEYS FOR PLAINTIFFS

Bryan H. Beauman
Donald C. Morgan
Sturgill, Turner, Barker & Moloney, PLLC
333 W. Vine Street, Suite 1500
Lexington, Kentucky 40507
Telephone: (859) 255-8581
bbeauman@sturgillturner.com
dmorgan@sturgillturner.com

William E. Thro
General Counsel
University of Kentucky
301 Main Building
Lexington, Kentucky 40506
Telephone: (859) 257-2936
William.Thro@uky.edu
COUNSEL FOR DEFENDANTS