UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ELIZABETH NIBLOCK, *Individually and on behalf of all those similarly situated*,<br><br>　　Plaintiff,<br><br>V.<br><br>UNIVERSITY OF KENTUCKY, MITCH BARNHART, and ELI CAPILOUTO,<br><br>　　Defendants. | CIVIL NO. 5:19-394-KKC<br><br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on the parties' joint motion to extend the current fact discovery deadline from May 3, 2021 up to and including May 29, 2021. (DE 40). The Court, having considered the matter and being sufficiently advised, hereby ORDERS as follows:

1. The parties' joint motion for an extension of the fact discovery deadline **(DE 40)** is granted.

2. The existing fact discovery deadline of May 3, 2021 is **extended up to and including May 29, 2021**.

3. All other deadlines in the Court's scheduling order (DE 35) remain in place.

Dated April 13, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY