

## Introduction and Fan Activities

### Welcome to the On, On, U of K Athletics Interest Survey

You are being asked to complete a short survey about student athletics interests before registering for classes through myUK. This new survey is designed to gather information so that UK Athletics, UK Club Sports, and UK Intramurals can determine whether students' interests and abilities are being met.

This survey is being administered by UK Institutional Research on behalf of UK Athletics. We estimate this survey will take less than 10 minutes to complete. Your answers will be anonymous unless you indicate that you wish to compete in a varsity sport and choose to provide your contact information to UK Athletics. We will know whether you completed the survey, but we will not know which specific response was yours.

Although all questions are required, you may select "Choose not to answer" for every item to protect your privacy and choice. Your registration hold will be automatically lifted within 5 minutes of submitting your survey response.

If you have any questions about the survey or how your data will be used, or if your hold is not automatically lifted, please contact the Athletics Survey team at UKathleticssurvey@uky.edu for assistance.

Do you attend or watch any of UK's **varsity** sports listed below?

| | Attend | TV (e.g.,ESPN, CBS, SEC channel) | Live Streaming (e.g.,HULU, ESPN Watch, CBS Sports App) | I do not attend or watch this sport | Choose not to answer |
|---|---|---|---|---|---|
| **Men's Varsity Sports** | | | | | |
| Baseball | ☐ | ☐ | ☐ | ☐ | ☐ |
| Basketball | ☐ | ☐ | ☐ | ☐ | ☐ |
| Football | ☐ | ☐ | ☐ | ☐ | ☐ |

UK_004036

**Ex. 1, Pg. 1**

| | Attend | TV (e.g.,ESPN, CBS, SEC channel) | Live Streaming (e.g.,HULU, ESPN Watch, CBS Sports App) | I do not attend or watch this sport | Choose not to answer |
|---|---|---|---|---|---|
| Soccer | ☐ | ☐ | ☐ | ☐ | ☐ |
| Swimming | ☐ | ☐ | ☐ | ☐ | ☐ |
| Tennis | ☐ | ☐ | ☐ | ☐ | ☐ |
| Track and Cross Country | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Women's Varsity Sports** | | | | | |
| Basketball | ☐ | ☐ | ☐ | ☐ | ☐ |
| Gymnastics | ☐ | ☐ | ☐ | ☐ | ☐ |
| Soccer | ☐ | ☐ | ☐ | ☐ | ☐ |
| Softball | ☐ | ☐ | ☐ | ☐ | ☐ |
| Swimming | ☐ | ☐ | ☐ | ☐ | ☐ |
| Tennis | ☐ | ☐ | ☐ | ☐ | ☐ |
| Track and Cross Country | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Co-ed Varsity Sports** | | | | | |
| Rifle | ☐ | ☐ | ☐ | ☐ | ☐ |

For the sports you selected, how many hours per week do you **ATTEND** UK varsity sports events on average? Do not include any sports in which you participate.

| 1-2 | 3-4 | 5+ | Choose not to answer |
|---|---|---|---|
| ○ | ○ | ○ | ○ |

For the sports you selected, how many hours per week do you **WATCH** (TV or Live Streaming) UK sports events on average? Do not include any sports in which you participate.

| 1-2 | 3-4 | 5+ | Choose not to answer |
|---|---|---|---|
| ○ | ○ | ○ | ○ |

Why don't you attend UK varsity sports events? Please select all that apply.

☐ Not interested in sports
☐ Ticket prices are too high

UK_004037

**Ex. 1, Pg. 2**

- ☐ Venue seating is not comfortable
- ☐ Too far to travel
- ☐ More comfortable watching from home
- ☐ I prefer the commentary provided by TV/Digital sources
- ☐ Parking is a problem
- ☐ Timing of games does not work with my schedule
- ☐ [                    ] Other (please specify)
- ☐ Choose not to answer

## Varsity interest check

${e://Field/varsity1}

- ○ Yes, I would be interested in competing in an NCAA-regulated men's sport
- ○ Yes, I would be interested in competing in an NCAA-regulated women's sport
- ○ No
- ○ Choose Not to Answer

## Non-varsity interests

### UK Club Sports

UK currently offers the following club sports:

| Men's Teams | Co-ed Teams |
|---|---|
| Baseball | Badminton |
| Basketball | Bass Fishing |
| Cricket | Capoeira |
| Ice Hockey | Cycling and Triathlon |
| Lacrosse | Disc Golf |
| Rugby | Dodgeball |
| Soccer | Dressage and Eventing |
| Volleyball | Equestrian |
| | Mine Rescue |
| **Women's Teams** | Mining Competition |
| Basketball | Paintball |

UK_004038

**Ex. 1, Pg. 3**

Field Hockey

Lacrosse

Rugby

Soccer

Volleyball

Polo

Rodeo

Running

Saddle Seat

Shotgun

Softball

Swim Team

Taekwondo

Tennis

Ultimate Frisbee

Water Polo

Western Equestrian

Wrestling

---

We would like to know whether UK should offer any additional club sports. Are you interested in competing in a club sport that is NOT listed above?

○ Yes, the club sport(s) I want to compete in that are NOT currently offered are:

○ No, I am NOT interested in competing in a club sport that is not listed above.

○ Choose Not to Answer

---

## UK Intramural Sports

UK currently offers the following intramural sports and tournaments:

| Sports | Tournaments |
| --- | --- |
| 5-on-5 Basketball League | 3-on-3 Basketball Tournament |
| Adventure Race | 4v4 Volleyball Tournament |
| Badminton Singles | Dodgeball Tournament |
| Cornhole Doubles | Futsal Tournament |
| Flag Football League | Outdoor 3-on-3 Basketball Tournament |
| Golf Singles | Outdoor 4v4 Soccer Tournament |
| Individual Triathlon | Outdoor Futsal Tournament |
| Inner Tube Water Polo | Outdoor Soccer Tournament |
| Kickball | Softball Sunday Tournaments |
| Racquetball Singles | Softball Tournament |

UK_004039

Ex. 1, Pg. 4

| | |
|---|---|
| Swim Meet | Street Soccer Tournament |
| Table Tennis | Team Handball Tournament |
| Tennis Doubles | Volleyball Tournament |
| Tennis Singles | |
| Tug-of-War | |
| Turkey Trot Run | |
| Ultimate Frisbee | |
| Water Basketball | |
| Wiffleball | |

We would like to know whether UK should offer any additional intramural sports or events. Are you interested in competing in an intramural sport that is NOT listed above?

○ Yes, the intramural sport(s) I want to compete in that are NOT currently offered are:

[                                                                    ]

○ No, I am NOT interested in competing in an intramural sport that is not listed above.
○ Choose Not to Answer

**Varsity interests**

${e://Field/varsity2}

| | |
|---|---|
| ☐ Acrobatics & Tumbling | ☐ Rifle |
| ☐ Baseball | ☐ Rugby |
| ☐ Basketball | ☐ Soccer |
| ☐ Bowling | ☐ Softball |
| ☐ Cross Country | ☐ Swimming |
| ☐ Diving | ☐ Tennis |
| ☐ Equestrian | ☐ Track and Field |
| ☐ Fencing | ☐ Triathlon |
| ☐ Field Hockey | ☐ Volleyball - Indoor |
| ☐ Football | ☐ Volleyball - Beach/Sand |
| ☐ Golf | ☐ Water Polo |
| ☐ Gymnastics | ☐ Wrestling |
| ☐ Ice Hockey | ☐ Choose not to answer |
| ☐ Lacrosse | |

**Ex. 1, Pg. 5**

During high school (grades 9-12), did you train and compete outside of the United States, either individually or as part of a team, in the sport(s) in which you have a serious interest?

○ Yes

○ No

○ Choose not to answer

---

**Acrobatics and Tumbling**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes

○ No

○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ Placing or winning at a national event

☐ Nationally ranked

## Competition Experience

- ☐ Competitive Cheer - competed nationally ranking in the top 15 in club levels 4-6
- ☐ Women's Artistic Gymnastics - competed regionally and/or nationally within club levels 9-10
- ☐ Acrobatic Gymnastics - competed nationally in club levels 8-10
- ☐ Power Tumbling or Trampoline - competed nationally in club levels 8-10
- ☐ Other international equivalent, please list/describe:

## Skills

- ☐ Ability to execute basic NCATA compulsory skills i.e., standing back tuck, straddle jump/toe touch-standing back tuck; round off back handspring-back layout; round off-handspring-layout full twist
- ☐ Ability to execute top or base positions of level 7 acrobatic skills and tosses

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ○ Yes
- ○ No
- ○ Choose not to answer

**Baseball**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ○ Yes
- ○ No
- ○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

## Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

## Credentials and accomplishments

☐ High School All State recognition

☐ Other international equivalent, please list/describe:

[                                        ]

## Credentials and accomplishments that demonstrate your ability to compete as an **Infielder**.

☐ Make the routine play 95% of the time from the SS position

☐ Run 60yd dash below 6.9 seconds

☐ Hit a ball off a tee with a wooden bat 90+ MPH

## Credentials and accomplishments that demonstrate your ability to compete as a **Positional Player**.

☐ Average exit ball velocity 90+ MPH

☐ Run 60yd dash below 6.9 seconds

☐ Hit a ball off a tee with a wooden bat 90+ MPH

## Credentials and accomplishments that demonstrate your ability to compete as a **Pitcher**.

☐ Consistently throw fastball 85+ MPH

☐ Consistently locate a breaking ball for a strike

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

**Basketball**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**. If an important credential is not listed below, Please select "Other" and write in that credential.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ 1st team All-State or All-American

☐ 4 or 5 star recruit

☐ Top 25-30 ranked in Hoop Gurlz or All-Star Girls Report

- [ ] High level of accolades from McDonald's All-American, Gatorade Player State
- [ ] Selected to tryouts for a USA basketball team
- [ ] Significant playing time on a top Elite Youth Basketball League, Nike team or AAU team
- [ ] Other international equivalent, please list/describe:

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ◯ Yes
- ◯ No
- ◯ Choose not to answer

---

**Bowling**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ◯ Yes
- ◯ No
- ◯ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians
- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.
- [ ] You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Placing in top 10% at tournament experiences at local, state, and/or national certified events including United States Bowling Congress (USBC) Junior Gold Championships or other international equivalent

☐ Established 21 game average of 180 or higher in a certified bowling league

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Cross Country**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Top 10 placing in a high school state meet in cross country
☐ Other international equivalent, please list/describe:

☐ 15:30 time for 5K
☐ 18:45 time for 5K

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Diving**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians
☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

## Credentials and accomplishments

☐ Top 3 placing at high school state meet in diving

☐ Top 16 Junior national finalist in diving

☐ Other international equivalent, please list/describe:

[                    ]

---

## Skills

One Meter Board

☐ Front 2.5 Pike

☐ Back 2.5 Tuck

☐ Reverse 2.5 Tuck

☐ Inward 2.5 Tuck

☐ Front 3.5 Tuck

☐ Reverse 1.5 Twist

Three Meter Board

☐ Front 3.5 Pike

☐ Back 2.5 Pike

☐ Reverse 2.5 Pike

☐ Inward 2.5 Pike

☐ Front 2.5 with 1 Twist

☐ Reverse 1.5/2/5 with Twist

☐ Inward 3.5

---

## Skills

One Meter Board

☐ Front 2.5 Pike

☐ Back 1.5 Pike

☐ Reverse Pike

☐ Reverse 1.5 Pike

☐ Back 1.5 Twist

☐ Front 1.5 Twist

Three Meter Board

- ☐ Front 2.5 Pike
- ☐ Front 3.5 Tuck or Pike
- ☐ Back 2.5 Tuck/Pike
- ☐ Reverse 2.5 Tuck/Pike
- ☐ Inward 2.5 Tuck/Pike
- ☐ Front 2.5 with 1 Twist
- ☐ Back 2.5 with 2.5 Twist

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ○ Yes
- ○ No
- ○ Choose not to answer

**Equestrian**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ○ Yes
- ○ No
- ○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

- ☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
- ☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians
- ☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ Nationally ranked
☐ Place or win at year-end industry finals or a national event
☐ Other international equivalent, please list/describe:
   [                                                    ]
☐ Ride multiple horses in competitive settings
☐ High level of success jumping fences over 3'6"

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

**Fencing**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

## Credentials and accomplishments

☐ Ranked in the top 32 of national junior points (or international equivalent)

☐ At least one top 8 finish at a national junior or cadet tournament (or international equivalent)

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

## Field Hockey

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

### Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Participation on U.S. National Team (or international equivalent)

☐ Participated in FUTURES - USA Field Hockey Olympic Development Program

☐ All-State Field Hockey Player

☐ Other international equivalent, please list/describe:

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Football**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

UK_004052

**Ex. 1, Pg. 17**

- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians
- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.
- [ ] You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

- [ ] Selected for a national high school football All-Star game
- [ ] Ranked in top 100-150 for top prospects by national recruiting services
- [ ] Named as All-State player
- [ ] Named as All-American player
- [ ] [_____] Other international equivalent, please list/describe:

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ( ) Yes
- ( ) No
- ( ) Choose not to answer

**Golf**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ( ) Yes
- ( ) No
- ( ) Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level

in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Documented wins at the state/regional level (or international equivalent) or higher

☐ Top 20 finishes in national junior tournaments

☐ Ranked in top 100 in Junior Golf Scoreboard Rankings and/or the Golfweek Junior Rankings

☐ [                    ] Other international equivalent, please list/describe:

Skills

☐ Consistently shoot in the 60s on a 7000+ yard course in competition

Skills

☐ Consistently shoot 75 or lower on 6200+ yard course in competition

☐ Average 76 or below from 6000 yards in one season

☐ Hit the ball past 240 yards with your driver

☐ Average under 32 putts per round of 18 holes

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No

○ Choose not to answer

---

**Gymnastics**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ Level 10-Elite gymnastics competitive experience with a nationally competitive private club
☐ Selected and placed in state or national championship
☐ Other international equivalent, please list/describe:
[                              ]

---

Credentials and accomplishments

☐ Participated in competition at Level 8, 9, or 10 in the USA Gymnastics Age Group Competition Program

UK_004055
**Ex. 1, Pg. 20**

☐ Other international equivalent, please list/describe:

[                                        ]

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

**Ice Hockey**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ Excel at the national level, e.g., United States Hockey League, or international equivalent

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

**Lacrosse**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ United States Lacrosse All-American

☐ Other international equivalent, please list/describe:

[                                    ]

---

## Skills

☐ Run 40-yard dash under 5 seconds
☐ Run a mile in under 5 minutes
☐ Run two miles in under 12 minutes

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

**Rifle**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

## Credentials and accomplishments

☐ Competed at the Jr. Olympic level

☐ Other international equivalent, please list/describe:

## Skills

☐ Shoot Smallbore scores of 570 or higher

☐ Shoot Air Rifle precision scores of 580 or higher

☐ Shoot 3 position air rifle scores of 585 or higher

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Rugby**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level

in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Nationally ranked by USA Rugby

☐ Named as a Football or Rugby All-State player

☐ Other international equivalent, please list/describe:

[                                        ]

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Soccer**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

## Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

## Credentials and accomplishments

☐ High School All-American, USSDA Team of the Week/Month/Year, or Professional Club Season MVP

☐ 1st or 2nd Team All State or All Region (or international equivalent)

☐ Other international equivalent, please list/describe:
[                                        ]

☐ Club participation as a youth player with a professional club's youth academy, US Development Academy, or Youth National Team call-ups

## Credentials and accomplishments

☐ National or State team representative (or international equivalent)

☐ National or Regional Achievement, e.g., Player of the Year

☐ All-State Honors

☐ Competed at ECNL, Elite club team member, or Development Academy level

☐ [                        ] Other international equivalent, please list/describe:

☐ Member of winning high school/club state team (or international equivalent) while starting and playing in 80% of the games

## Skills

☐ Significant statistical contribution by position at the nationally competitive club level

UK_004061

**Ex. 1, Pg. 26**

- [ ] Run a 5x4 and complete each four-minute run at a 5:45 mile pace
- [ ] Consistently strike a ball over 30 yards to a pre-determined area/object
- [ ] Consistently control a ball which has been struck over 30 yards within 2 yards of your body

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ( ) Yes
- ( ) No
- ( ) Choose not to answer

---

**Softball**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ( ) Yes
- ( ) No
- ( ) Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians
- [ ] You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.
- [ ] You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

- ☐ Participation on a traveling team that competes at one of the three major national tours (e.g. JO Cup, Triple Crown Nationals, or PGF Nationals)
- ☐ All-State honors
- ☐ Starting and playing at least 80% of the time in your high school state championships' Final 8
- ☐ Other international equivalent, please list/describe:

Skills that demonstrate your ability to compete as a **Player**.

- ☐ Running speed 2.8 seconds or faster from home to 1st
- ☐ 63+ mph overhand throwing speed

Skills that demonstrate your ability to compete as a **Pitcher**.

- ☐ Pitch speed of 63+ mph

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ○ Yes
- ○ No
- ○ Choose not to answer

## Swimming

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ○ Yes
- ○ No
- ○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Five (5) years of nationally competitive elite club level experience
☐ Senior National Qualifier
☐ High school All-American or Honorable Mention All-American
☐ Ranked in the top 300 recruits in the nation for your class
☐ Other international equivalent, please list/describe:
[                                        ]

Training and Skills

☐ Sectionals time standards qualifier for 8 or more events
☐ Train for 6000 yards a practice for 9 practices on a weekly basis
☐ Able to hold 10x100 yards on 1:10

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Tennis**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ 5 star or blue chip recruit
☐ Universal Tennis Ranking above 13.0
☐ Ranked in top 10 for your country
☐ Association of Tennis Professionals points in the top 900
☐ ITF rankings better than 250

---

Credentials

☐ Ranked in top 50 nationally (U.S.) or Top 20 players for your country
☐ Blue chip player
☐ ITF Ranking -- in the top 120 in the world in the Junior rankings
☐ Women's Tennis Association (professional points) Ranking in the top 900

---

Accomplishments

☐ Won a Grade 2 or better ITF tournament

☐ Won rounds at the Junior Grand Slam level

☐ Played in the Fed Cup team for your country

☐ [＿＿＿＿＿＿＿＿＿] Other international equivalent, please list/describe:

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes

○ No

○ Choose not to answer

---

**Track**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes

○ No

○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

- ☐ National ranking on DyeStat or Milesplit
- ☐ Ranked among top 20 in USA in your event(s)
- ☐ Selected for national or international level competition
- ☐ Made the final of a national or international meet
- ☐ Other international equivalent, please list/describe:

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

- ○ Yes
- ○ No
- ○ Choose not to answer

**Triathalon**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

- ○ Yes
- ○ No
- ○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

- ☐ You were recruited by a Division 1 school to compete in ${e://Field/sport2} by that school providing you with an official visit to their institution
- ☐ You were recruited by a Division 1 school to compete in ${e://Field/sport2} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

UK_004067

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport2} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level in ${e://Field/sport2}

## Credentials and accomplishments

☐ Participation on US national triathlon team or international equivalent

☐ Other international equivalent, please list/describe:

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Volleyball - Beach**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

## Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

UK_004068

**Ex. 1, Pg. 33**

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Placing or winning at a national event

☐ Nationally ranked

☐ [                    ] Other international equivalent, please list/describe:

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

**Volleyball - Indoor**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

---

Credentials and accomplishments

☐ Ranked in the Top 100 recruits in the USA according to Prepvolleyball.com
☐ Compete in either the USA Nationals or the AAU National Championships
☐ [          ] Other international equivalent, please list/describe:
☐ Play on a nationally competitive elite club team
☐ Jump touch between 9'9" and 10'7"

---

Credentials and accomplishments

☐ National Ranking by the American Volleyball Coaches Association or international equivalent
☐ Approach Touch above 11'
☐ Block Touch above 10'
☐ Standing Reach of at least 8'
☐ Jump touch between 9'9" and 10'7"

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

**Water Polo**

---

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

---

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or team membership

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.

☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

☐ Participation in National Team Selection Camp or international equivalent

☐ Member of US Senior National Team or international equivalent

---

Credentials and accomplishments

☐ Three (3) years of competitive swimming
☐ Three (3) years of high school or club water polo
☐ Competed for at least two (2) years of year-round commitment

---

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No
○ Choose not to answer

---

UK_004071

**Ex. 1, Pg. 36**

**Wrestling**

Do you believe you have the ability to compete in **${e://Field/sport}** at a Division 1 varsity level at UK?

○ Yes
○ No
○ Choose not to answer

Please select all of the credentials, accomplishments, and experiences below that objectively demonstrate your ability to compete at UK's Division 1 varsity level in **${e://Field/sport}**.

Recruitment and/or college experience

☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school providing you with an official visit to their institution
☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school arranging an in-person, off-campus encounter with you or your parents, relatives or legal guardians
☐ You were recruited by a Division 1 school to compete in ${e://Field/sport} by that school issuing to you a National Letter of Intent or their written offer of athletically related financial aid to you FOR THE NEXT ACADEMIC YEAR.
☐ You previously competed as a college varsity athlete at the Division 1 level (or international equivalent) in ${e://Field/sport}

Credentials and accomplishments

☐ Placing or winning at a national level event (e.g., USA Wrestling Nationals, NHSCA Championships, or international equivalent)
☐ Nationally ranked at high school level (e.g., USA Wrestling, Flo, Intermat, or international equivalent)
☐ Placing in the top 3 at a state championship level event or international equivalent
☐ Competition in Olympic styles as well as traditional Folkstyle

If you were selected for varsity competition in **${e://Field/sport}** and there were no scholarship funds available, would you still compete without funding?

○ Yes
○ No

○ Choose not to answer

**Varsity agreements and contact info**

UK Athletics Department, SEC, and NCAA have requirements for participation in any varsity sport.

Please indicate for EACH requirement below whether you would be willing to accept that requirement if you were selected as qualified to compete in a sport at the varsity level.

Note: If you indicate "Choose Not To Answer," we will assume that you are unwilling to accept that varsity requirement.

| | Yes | No | Choose not to answer |
|---|---|---|---|
| Random drug testing by UK and NCAA | ○ | ○ | ○ |
| Average 20 hours/week practice during your sport's season; 8 hours/week practice off-season | ○ | ○ | ○ |
| Social media monitoring | ○ | ○ | ○ |
| Required NCAA, SEC, and institutional Academic Standards (e.g., 2.0 GPA, study hall, tutoring, class attendance) | ○ | ○ | ○ |
| Possible curfews during your sport's season | ○ | ○ | ○ |
| Possible adherence to a specific nutritional program | ○ | ○ | ○ |
| Community service | ○ | ○ | ○ |
| Marketing and promotional activity commitments | ○ | ○ | ○ |

Because you have indicated interest, potential ability, and a willingness to abide by varsity athlete requirements for one or more sports, would you like the UK Athletics Department to contact you about the potential for varsity participation?

○ Yes
○ No
○ Choose not to answer

Please enter your UK email here.

Note: Unless you provide your email, no one will be able to contact you. You also have the option of including your name and phone number below, but just entering your email address is sufficient for you to receive a response.

First name

Last name

Preferred phone number

Powered by Qualtrics

UK_004075
**Ex. 1, Pg. 40**