UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:19-CV-00394-KKC

ELIZABETH NIBLOCK, Individually
and on behalf of all those
similarly situated          PLAINTIFF

vs.

UNIVERSITY OF KENTUCKY, MITCH
BARNHART and ELI CAPILOUTO        DEFENDANTS

_____

**DEPOSITION OF ELIZABETH NIBLOCK**

_____

The deposition of **ELIZABETH NIBLOCK** was taken remotely via Zoom videoconference on behalf of the Defendants before Hunter J. Beamer, Registered Professional Reporter and Notary Public in and for the State of Kentucky at Large, on Wednesday, May 5, 2021, commencing at 9:33 a.m.

The deposition was taken pursuant to Notice for purposes of discovery, evidence, and for all other purposes permitted under the Federal Rules of Civil Procedure.

_____

THE KLEINGARTNER GROUP, INC.
P.O. BOX 23978
Lexington, Kentucky 40523-3978
(859)321-2701

2

---

**APPEARANCES**
(All parties appearing via Zoom)

**COUNSEL FOR PLAINTIFF**:

Jill Zwagerman
Lori Bullock
NEWKIRK ZWAGERMAN, PLC
521 East Locust Street, Suite 300
Des Moines, Iowa  50309

**COUNSEL FOR DEFENDANTS:**

Bryan H. Beauman
Donald C. Morgan
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 West Vine Street, Suite 1500
Lexington, Kentucky  40507

**ALSO PRESENT:**

Sandy Bell - University of Kentucky

---

I N D E X

**DEPONENT: ELIZABETH NIBLOCK**

| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Beauman. . . . . . . . . . . . . . . . | 6 |
| Ms. Zwagerman. . . . . . . . . . . . . . . | 110 |
| Mr. Beauman. . . . . . . . . . . . . . . . | 112 |

REPORTER'S CERTIFICATE. . . . . . . . . . . . .     115

**EXHIBIT INDEX**

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| EXHIBIT 1 | Amended Class Action Complaint and Jury Demand | 49 |
| EXHIBIT 2 | Plaintiff's Supplemental Initial Disclosures | 82 |
| EXHIBIT 3 | October 2017 Rapson-Bell Correspondence (PL 1-2) | 85 |
| EXHIBIT 4 | 1/11/19 Email Chain Tucker-Alexander Re: Meeting Reschedule (PL 3-4) | 85 |
| EXHIBIT 5 | 1/14/19 Email Alexander-Tucker Re: Meeting Reschedule (PL 5) | 86 |
| EXHIBIT 6 | 1/30/19 Memo to Capilouto Re: Request for Immediate Addition (PL 6-7) | 86 |
| EXHIBIT 7 | Note to the Board of Trustees from Tucker (PL 8) | 87 |
| EXHIBIT 8 | 2/19/19 Letter to Tucker from Brockman (PL 9) | 88 |

3

**EXHIBIT INDEX**

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| EXHIBIT 9 | UK Draft of NCAA Self-Study Report (PL 10-150) | 88 |
| EXHIBIT 10 | 3/12/19 Letter to Tucker, et al from Alexandria (PL 151-153) | 89 |
| EXHIBIT 11 | 11/5/18 Email Bell-Sterpka Re: UK Field Hockey (PL 154-155) | 95 |
| EXHIBIT 12 | 12/18/18 Email Lopiano to Field Hockey, et al Re: UK Title IX Questions (PL 156-160) | 95 |
| EXHIBIT 13 | UK 2019 Hockey Schedule (PL 161) | 96 |
| EXHIBIT 14 | UK 2020 Hockey Schedule (PL 162) | 96 |
| EXHIBIT 15 | Committee on Women's Athletics Supports Division III Equestrian Proposal (PL 163-164) | 97 |
| EXHIBIT 16 | 3/16/17 Letter from Ceal Barry (PL 165-166) | 97 |
| EXHIBIT 17 | Letter from Donna Porter (PL 167) | 97 |
| EXHIBIT 18 | Letter from Laura Schwager (PL 168-169) | 97 |
| EXHIBIT 19 | 3/4/17 Letter from Patricia Deacon (PL 170-171) | 97 |
| EXHIBIT 20 | 3/6/17 Letter from Wendy Martin (PL 172-173) | 97 |
| EXHIBIT 21 | 12/6/19 Email Capilouto-Niblock Re: Not Allowing Intimidation (PL 174-175) | 98 |
| EXHIBIT 22 | 5/3/17 Email Bell Re: UK Club Field Hockey (PL 176-177) | 99 |
| EXHIBIT 23 | Quick Facts about NCAA Field Hockey (PL 178) | 99 |

4

**Page 13**

Q. And if I understand, you're pretty good at lacrosse.

A. Correct.

Q. Yeah, so tell me some of the honors and accolades you got in your high school career in lacrosse.

A. I was a two-time All American, so I was an All American my junior year and senior year of high school. I was All State my junior and senior year of high school as well. I was the Kentucky state attack player of the year. Don't know which year, but I led the team in assists. I was, like, top five in leading scorers. I made varsity as a freshman for lacrosse, which was -- I was the only freshman on the team, so that was an honor as well.

That's about it. I could take you through the statistics, but...

Q. Thank you for that. That's okay. Do they do like a -- I know they just did the awards for Miss Basketball and Mr. Basketball. Do they do that for lacrosse?

A. They do. And I was actually the top two contender for that award, but it does get a little political when it comes to that kind of thing.

Q. So you're Miss Lacrosse runner-up, something,

**Page 14**

roughly?

A. Yeah.

Q. All right. So how many schools were recruiting you to come play lacrosse for them?

A. I would say ranged from five to ten.

Q. Okay. Can you remember which ones they were?

A. I was recruited by High Point. I was recruited by Detroit Mercy. I was looked at by Cincinnati. I was also looked at at Mercer and Jacksonville. And there were some D3 schools as well, so there was Denison and Centre College, Georgetown College, which is NAIA or D2, Transy, U of L.

Q. Well, I was going to ask, U of L, I mean, since you're in Louisville, you know, right there in their backyard, so to speak, did they recruit you?

A. We had discussions, but there was no formal recruiting.

Q. So they never made you an offer, then, if that's --

A. No.

Q. -- the term?

A. No.

Q. You said Jacksonville. Is that the Jacksonville State in Alabama or the Jacksonville, Florida?

**Page 15**

A. Florida.

Q. I always get that one confused.

And then with UC, were you actually offered by University of Cincinnati?

A. No.

Q. Who else is close? What about IU? Any interest from IU to play for them?

A. They don't have --

Q. Indiana University.

A. -- a lacrosse team.

Q. Indiana doesn't have lacrosse?

A. They have a club team.

Q. What about Ohio State?

A. That is a school I was not recruited by.

Q. Trying to think, are there any other, you know, Division 1 schools that were close that recruited you?

A. There aren't a lot in Kentucky and the surrounding states of Division 1 schools, so...

Q. I just didn't recall any of those on your list. Did any of those make you an offer to come play lacrosse with them?

A. Again, there aren't that many schools around the Kentucky area that are Division 1. A lot of them are on the East Coast.

**Page 16**

Q. So you obviously went to Furman and, remind me, what level does Furman play?

A. They're Division 1.

Q. So which conference is that?

A. The Atlantic Sun.

Q. Is that the one Northern Kentucky just joined, do you know?

A. NKU?

Q. Yeah.

A. I'm not aware of them having a team.

Q. Or maybe not. That's all right. Sorry for that aside there.

So tell me what factors led you to choose Furman out of all these other schools.

A. Yeah, I mean, obviously playing at a Division 1 school is such an honor, so when I got that offer, I was really excited. I loved the team and the coach. I loved just the team atmosphere and the structure. I am a very type A person, so I like having a schedule and being, like, the most efficient as possible, so I really enjoyed that, and when I had my visit there, I liked it, liked the people.

Q. So you enrolled there, I guess, what, the fall of '16; is that right?

A. Correct.

**Page 25**

1  you looked to transfer?
2      A.  No.
3      Q.  Did you actually play on either of those club
4  teams at UK?
5      A.  I did not.
6      Q.  Why not?
7      A.  Well, when I transferred, it was in the spring
8  of 2017, and I did reach out to the club coach and I
9  did email her about transferring and my intention and I
10 said I played at a Division 1 school.  And she informed
11 me that tryouts were done; the team was set, and to go
12 for it another time, talking about the next year.
13         And so I during that spring of 2017 still
14 wanted to, you know, stay involved in the sport, so I
15 started officiating girls' lacrosse and I started to
16 love it because it was a way that I could stay involved
17 in the sport and also, you know, I got -- I made an
18 income from officiating.  And so, yeah, that's what
19 happened.
20     Q.  Okay.  So were you doing, like, high school
21 girls' lacrosse spring of '17?
22     A.  That time I was doing high school, correct,
23 yes.  Now I am doing college as well.
24     Q.  So let's go, then, to the fall of '17.  Is
25 that when the field hockey club would have been?

**Page 26**

1      A.  Yes, that's the fall.
2      Q.  And did you play with them?
3      A.  I -- no, I was in communication with the club
4  team -- the club lacrosse team.  I'm sorry.
5      Q.  So why did you not play club field hockey in
6  the fall of '17?
7      A.  My -- I was more lacrosse, so I was actually
8  in communication with them in the fall of 2017, the
9  club lacrosse team, not the club field hockey team.
10     Q.  So you really just had no interest in playing
11 club field hockey.
12     A.  Well, not necessarily, because, I mean, I did
13 play in high school, but for me, I played Division 1
14 lacrosse -- I was playing at the Division 1 lacrosse
15 caliber, so I was interested in playing club lacrosse
16 rather than club field hockey because --
17     Q.  All right.
18     A.  -- yeah.
19     Q.  So let's go to, I guess, what, the spring of
20 '18?  So there would have been, I guess, open tryouts,
21 for lack of a better term, for the club team.  Did you
22 go play with them then?
23     A.  I -- so I think you actually mean the fall of
24 '17, because that's when the tryouts were for --
25     Q.  Sure.

**Page 27**

1      A.  -- the following year, yeah, correct.
2      Q.  Thank you.
3      A.  I was communicating with -- so since they told
4  me the team was set in the spring of '17 and, you know,
5  try it whenever the team was having tryouts, I was in
6  communication with the president or the coach at the
7  time and talking about going to the meetings and stuff,
8  and she sent me a lot of information about, you know,
9  the tournaments that they go to, the dues, how the
10 team's structured, how it's run, stuff like that, and
11 so, yeah.
12     Q.  All right.  So was there a tryout that you
13 went to in the fall of '17?
14     A.  I went to the -- or, again, so after being in
15 communication with her and she sent me kind of how the
16 team was run and everything, because I didn't know in
17 the fall of '17 -- or I'm sorry -- in the spring of
18 '17, she in the email was just very casual and very --
19 you know, she told me it was student coached and
20 student run and the dues were, like, $350.  And I -- I
21 mean, it was a whole lot of information, but it wasn't
22 something I was, kind of, more interested in.
23         I like, kind of, more of a structure.  I like
24 -- I thought maybe there would be at least a coach.  I
25 didn't know it was going to be student run.  And that,

**Page 28**

1  kind of, wasn't the environment I wanted, especially
2  coming from, you know, having a coach, having these
3  facilities and these op-- you know, kind of
4  opportunities at Furman, then coming here, it was way
5  more relaxed and it wasn't something I was interested
6  in.
7      Q.  So you just made the decision you didn't want
8  to play on the club team, the club lacrosse team.
9      A.  Given the structure and how the team was run
10 was not something I was interested in, especially
11 coming from, you know, a Division 1 school that offered
12 all these great things.
13     Q.  So are there any other lacrosse playing
14 opportunities for you outside of college?  I mean, you
15 know, I just didn't know, are there still summer
16 leagues or, you know, travel teams at your age that you
17 can still be involved in?
18     A.  Talking about like an adult league, I guess?
19     Q.  Yeah, anything like that?
20     A.  I mean, it's kind of like whatever city you're
21 in, whatever leagues that they have there, I'm sure
22 there are.
23     Q.  Did you explore any of those here locally?
24     A.  No.  I'm still officiating lacrosse, so that's
25 kind of my way of staying involved in the sport.

**Page 29**

Q. So you mentioned that you're officiating at the collegiate level. How does that work?

A. So I had to go to a couple clinics, transitional clinics, to then get rated as an official that was -- you have to get a certain rating and then once you have that rating, you're able and you're capable of getting those college collegiate-level games. So I did move up the ladder very quickly and, you know, I love it. It's my hobby. I'm really -- yeah, I just love it. And so I was able to do the collegiate-level games and, yeah, it's quite an honor.

Q. So I know in some sports umpires work for different conferences and sometimes they work for multiple conferences. So are you assigned to certain conferences or geographical area or how do you get your assignments for your college games, I guess is --

A. Yeah, I mean, they use, like, a central hub, obviously, and there are some assigners of the different conferences and I think some assigners do multiple conferences and, you know, they do take geographic consideration because they don't want people, you know, traveling a ridiculous amount for, you know, a game.

So I've been -- I've done, you know, University of Cumberlands and I did Transy and I've

**Page 30**

done Georgetown. Trying to think... and, yeah, that's about it, just around locally. But they just assign you kind of based off geographic and your level of ranking.

Q. We've talked about lacrosse and field hockey. Did you play any other club sports at UK?

A. No.

MR. BEAUMAN: Sorry, just a second. Did we get the exhibits sent?

MR. MORGAN: Yeah, Jill, you should have gotten a link from Rachel Sisk. I think it was a size issue, so we had to send it with a download link instead. I'm sorry about that.

MS. ZWAGERMAN: Yeah, we received it.

MR. BEAUMAN: Okay. We can figure that out at break, but I just want to make sure you got it. We'll figure out how to get it to...

Q. So, Ms. Niblock, you go by Lisa? Is that what I heard you say earlier?

A. Yes.

Q. Do you remember in your time at Furman participating in any survey of the students that touched on your athletic interests and abilities?

A. No.

Q. How about at UK, do you remember doing that?

**Page 31**

A. A survey amongst the students that touched on my athletic abilities at UK?

Q. Yes.

A. No.

Q. Let me see if I can help you refresh your memory. So sometimes it's done, like, as you go to register for classes in the spring. Did that ring a bell when I said that?

A. Yes.

Q. Okay. All right. Do you recall doing that at Furman?

A. No.

Q. Okay. But you do recall doing it at UK?

A. Yes.

Q. Do you recall how many times you completed that?

A. To my knowledge, once, but that's all I remember is taking -- I remember taking it once.

Q. And do you recall which year that was?

A. I think it was my either sophomore or junior year. Or maybe -- maybe freshman. No, it was either my sophomore or junior year.

Q. So that would have been either 2018 or 2019?

A. Or 2017, technically, because sophomore year was the fall of 2017, yes.

**Page 32**

Q. Okay. Well, regardless, you remember that.

A. Yeah.

Q. And you remember the survey asked you several questions about sports you're interested in, and then do you recall, did you indicate in that survey that you were interested in any particular sport?

A. Yes, I do remember putting down lacrosse specifically, because I remember -- I don't know what the fill-in box asked -- or what specifically it asked for, but I do remember it was something along the lines of, you know, your accomplishments, and I remember listing a lot of my accolades.

Q. And do you remember any other questions that would have, you know, gauged into ability, like specific physical feats that you could perform, those kind of things? Do you remember those questions on there?

A. Like being able to run a mile? Is that what you mean?

Q. Yeah, yeah, I mean, it was like how quickly you can --

A. I don't remember that being a question, no.

Q. All right. Anything else about the one year of the survey that you remember that was asked on there?

**Page 33**

1  A. I'm trying to think. I definitely remember
2  putting all my awards and accolades, but I do remember
3  it was right before I registered, so I wanted to get
4  through it so I could get the classes and the
5  professors that I wanted because all my seats were
6  filling up. And I remember -- this is why I remember
7  that specifically, because I was taking so much time,
8  you know, putting down I'm a two-time -- I was a
9  two-time All American; I was the Kentucky attacker of
10 the year and all this stuff and I was like, I'm taking
11 way too long and I need to get through this survey so I
12 can register for these classes, so I was just clicking.
13     Q. Right.
14         MR. BEAUMAN: And, Jill, by the way, I
15 had requested the full template that, you know, if A,
16 then B, then check C, and all that, so it's probably a
17 30, 40 page -- I don't know what to call it, but the
18 survey questions, so I'll get those to you.
19         MS. ZWAGERMAN: Great. Thank you.
20         MR. BEAUMAN: Hopefully this afternoon
21 after we get finished.
22     Q. Ms. Niblock, do you recall ever having any
23 conversations with other students at UK about that
24 survey?
25     A. Yeah, I mean, me and my roommates at the time

**Page 34**

1  were very close and I remember we were all like, this
2  is -- why do we have to take this survey right before
3  we register? Because, you know, at that time of the
4  year your classes and your professors are really
5  important. So I remember we were all just trying to
6  get through it as fast as we could and -- you know.
7     Q. Oh, I'm sorry, one thing I meant to ask you
8  earlier, are you on any social media platforms?
9     A. Yes.
10    Q. Okay. Which ones?
11    A. The normal, Facebook.
12    Q. Well, your normal and some of our other
13 normals might be different.
14    A. Facebook.
15    Q. Just Facebook?
16    A. Snapchat. I do not have a Twitter. I do not
17 have a Twitter.
18    Q. Any Instagram?
19    A. Yes.
20    Q. And what's your Instagram -- what's the right
21 term? Almost said handle. It's not CB handle. What's
22 the -- Instagram account name? There we go.
23    A. I'm not sure. Like, Lisa, probably, Niblock
24 or something, probably. I don't know.
25    Q. Is it "Nib-lock"?

**Page 35**

1     A. It is "Nib-lock."
2     Q. Oh, my goodness, I've been pronouncing it
3  wrong all morning. I'm so sorry.
4     A. That's okay, I've very used to it.
5     Q. Well, I've been saying it the other way, the
6  wrong way for several months now, so this may be a hard
7  habit for me to break, but Niblock, okay. My
8  apologies. Thank you.
9     A. You're fine.
10    Q. So have you been personally involved in any of
11 the efforts to advocate for creating any new women's
12 varsity sport at UK?
13    A. The lawsuit.
14    Q. Yeah, okay, fair point. Other than a lawsuit?
15    A. Other than the lawsuit?
16    Q. Yes, ma'am.
17    A. Can you expand on what you're asking.
18    Q. Sure. So before you filed this lawsuit, did
19 you at any point in time have any conversation with a
20 University of Kentucky employee asking the university
21 to create a new women's sport?
22    A. No, I was not a part of that group.
23    Q. So you never sent an email to Mitch Barnhart
24 asking to add any new sport.
25    A. No, I wasn't a part of the group of girls that

**Page 36**

1  did that, but if I -- I wasn't aware that they were
2  doing that and, you know, if I was aware, I definitely
3  would have joined them.
4     Q. So would you have joined -- well, let me ask
5  it this way. Did you know the ones who were asking
6  about the sports?
7     A. No.
8     Q. How did you become aware of -- go ahead.
9     A. I'm sorry, how did I become --
10    Q. How did you become aware of the efforts they
11 were making?
12    A. Oh, the efforts? A fellow official of mine,
13 Suzie Stammer, told me about what was going on and what
14 these girls had done. And, you know, I wasn't aware --
15 I didn't know the group of girls and, like I said, if I
16 did know that they were doing that, that's definitely
17 something that I would have joined them on because, you
18 know, I understand that my voice carries weight and if
19 I could use it in any way I could, I definitely would
20 have. So Suzie told me about these efforts and I said
21 if there's any way I can, you know, do anything, I want
22 to be on board; I want to help make this right.
23    Q. And when was it that you learned about that
24 from Ms. Stammer?
25    A. That was in the fall of 2019.

**Page 57**

hopefully a little easier to track, but that carryover paragraph which would be at the end of paragraph 9?
 A. Yeah.
 Q. And that last sentence says, "In addition, Defendants have used and continue to employ a discriminatory process for establishing and maintaining varsity teams for men and women at UK." What's the process that you're referring to in paragraph 9?
 A. Probably the survey, would be my guess. I didn't -- I mean, you know, taking the survey, if I would have known the significance of it and the severity of what, you know, that survey entailed, I would have definitely taken 30, 45 minutes to answer it rather than the 10 I did to click as fast as I could to get to registering for my classes.
 Q. So if you'll skip down to page 5, on paragraph 15, and this may be the result of having the Meredith Newman paragraphs in here earlier, but paragraph 15 says, "The individual Plaintiffs are women" -- obviously this is plural, right -- "and current students at UK. All are highly skilled athletes who have participated in Division 1 athletics at other institutions or participate in club sports at UK and who desire to participate in sports at the varsity level."

**Page 58**

 So your part of this, obviously you were a Division 1 athlete at Furman.
 A. Yes.
 Q. Do you know what Ms. Newman's athletic history was?
 A. She was on the triathlon team.
 Q. Where?
 A. Here.
 Q. Oh, the club team.
 A. Yes.
 Q. So do you know, had she been at another school, like you, and then transferred to UK?
 A. I don't know that information.
 Q. Just real quick, down at the bottom of that page, on paragraph 21 -- I apologize if I asked this earlier -- you said you played competitive field hockey in high school.
 A. Yeah.
 Q. Obviously you played for Sacred Heart on a interscholastic team. Did you play any travel ball? I don't know if they do AAU for field hockey, but anything like that for field hockey?
 A. No, I just played at Sacred Heart, which was -- I mean, we were state champions and everything, so it was highly competitive.

**Page 59**

 Q. So paragraph -- if you'll flip to the next page, on page 6, and look at paragraph 24.
 A. Yes.
 Q. And I just want to see if this is, really, accurate based on what you've told us today. Says that you would currently join the field hockey team if UK had not eliminated the varsity field hockey. Would you have played --
 A. I think -- I definitely would have, let's say if I wasn't playing the lacrosse team. Obviously, like, my abilities with lacrosse outweigh -- I mean, I was better at lacrosse than field hockey, obviously, because I played at the Division 1 level. But, yeah, I think that's what that means.
 Q. Okay. And then the second part of that allegation says, "if UK had not eliminated the varsity field hockey team." Do you know when UK eliminated the field hockey team?
 A. I don't know when, but I know that was a thing because Suzie had told me that and those facts. I didn't know that it used to be a Division 1 sport, and that's awesome. It is sad that it did get, like, downgraded or demoted to a club sport.
 Q. But you don't know which decade that occurred in?

**Page 60**

 A. No, I don't. And I don't want to make a guess and it not be right.
 Q. Well, and the point of that is it's not like UK offered field hockey recently and that's something that enticed you to come to campus and then field hockey got cut --
 A. Oh.
 Q. -- right? Do you know field hockey was cut before you were born?
 A. No, but I know -- I mean, I know in my four years of undergrad that field hockey was a club sport here at UK.
 Q. Right, right. But I mean from a varsity sport it was eliminated decades ago.
 A. Oh, before I was born? Is that what you're saying?
 Q. Yeah.
 MS. ZWAGERMAN: I'm just going to object. She's answered she doesn't know, so this line of questioning seems to be a bit inappropriate, but...
 Q. If you will, on page 7, paragraph 34, which is kind of the bigger paragraph there at the bottom of the page, so the second paragraph -- excuse me -- the second sentence in paragraph 34 says that, "On information and belief, there are more than 11,000

**Page 61**

female students at UK, a substantial number of whom would participate in intercollegiate athletics if additional participation opportunities were available."

And so my question is -- well, my question coming in today was, you know, what information and belief did you have that a substantial number of these 11,000 students would participate in additional opportunities? I think what you've told me is you've not talked to any other female student at UK who told you they would participate if an additional sport was added. Right? We've covered all that.

A. We talked about them being added alongside of me in the lawsuit, like, putting their name down, yeah.

Q. Okay. Well, then let me ask it this way. When you say in this sentence that you believe that a substantial number of the 11,000 students would participate in intercollegiate athletics if the additional opportunities were available, who is it that you've talked to that's told you that?

A. I think what that sentence is saying is that, you know, I mean, I'm from Louisville; I know a bunch of girls from my old lacrosse team, you know, two-time state champions that now go here to UK and all of whom extremely talented, and I know if UK would have -- or I'm sorry, maybe I shouldn't say I know, but I'm fairly

**Page 62**

certain that if UK had a Division 1 lacrosse team, they would be -- I would be playing; they would be playing alongside of me.

And if that were the case, you know, the same with equestrian, I mean, equestrian has, like, three club teams and, you know, that's a -- you would think UK being, you know, the horse state it is, that equestrian would be a varsity sport. I mean, I told some of my friends about that and everyone's just so shocked.

And so I'm saying, like, those girls as well. I mean, that's a substantial number that, you know, would be participating in, you know, a varsity sport if the equestrian team got bumped up and to a varsity sport from club.

Q. Have you seen the survey results that we've provided in this lawsuit?

A. The survey -- the one before we registered?

Q. Right.

A. Have I seen the results from that?

Q. Yes.

A. No, I haven't.

Q. Okay. Because what I was going to ask is if there is such a substantial number of these 11,000 students who would like to participate, particularly in

**Page 63**

lacrosse or field hockey or equestrian, the survey results from those numbers are fairly low. And that's what I was going to ask. Have you talked to people to get an understanding of why you believe that there's a big number of female students that would do this but yet the survey results tend to be low? But if you've not seen those numbers, I don't know that you --

A. Well, I mean, if that is -- if the numbers are low, I mean, we take that survey before we register. I don't think anyone actually reads the fine print nor, like -- like I said before, I didn't know the severity or the significance of the survey. If I would have, and, oh, my goodness, I would have taken the -- you know, so much time filling it out and the extent would have been way more detailed. But I had no idea.

I mean, my roommates, I remember, we were like, what is this -- like, just get us through, click, click, click. We only had, you know, X amount of time before our classes are taken.

So, you know, that number is low. Those surveys are something we all just fly through. No one reads the fine print.

Q. Do you know why UK does the survey tied to class registration?

A. Because it's -- it's mandatory to do them

**Page 64**

before you register, so I'm guessing when something like that is mandatory for all partici-- or all students to do, it's something UK, I don't know, would want --

Q. And that's what I was asking is if you --

A. -- for their participation.

Q. Right, that's what I was going to ask is if you knew why UK timed it with those spring class registrations. It's okay if you don't know. That's fine to say you don't know.

A. I don't know.

Q. Okay, that's fine. Are you aware of any other colleges or universities that attempt to gauge and evaluate the interests of their female students in any different way than what UK does with these surveys?

A. No. I don't know what the other schools do.

Q. After you filed this lawsuit, did you have any interaction with current female varsity student athletes at UK?

A. No.

Q. Was there no little online banter with a couple of the female student athletes and you?

A. Not at all.

Q. Okay, well, skip ahead a little bit down to page 12 and we'll look at paragraph 50. So just let me

**Page 65**

1  know when you get there.
2      A. I'm there.
3      Q. Okay, great. So the last sentence in
4  paragraph 50 says that "On information and belief, UK
5  has established and maintains its men's teams -- men's
6  intercollegiate athletic teams based upon different
7  criteria than the women's teams, relying to a greater
8  extent, in the case of men, on recruiting athletes from
9  various sources to determine which teams to establish
10 and maintain."
11         Do you have any personal knowledge what this
12 means?
13     A. Maintained its...
14     Q. And really, to be totally fair and
15 transparent, I'm not asking you to guess and interpret
16 this off the fly.
17     A. Yeah.
18     Q. My guess is your attorney wrote this, which is
19 fair, and if you have no idea what this means, you are
20 free to tell me that. But if you do, I do want to
21 know.
22     A. I mean, obviously I didn't write this. I'm
23 not a lawyer. Yeah, I don't want to -- I just don't
24 want to interpret it and -- you know, the legal terms
25 of all the different wording and, you know, be

**Page 66**

1  completely off, because I'm not a lawyer and I don't
2  know.
3      Q. Well, and I guess, so there's a couple phrases
4  in this that I circled in my notes. It says on
5  information and belief, that the university uses
6  different criteria for the mens and women's teams, and
7  relies on recruiting men from other teams. That's it
8  in a nutshell. And I just want to know if you have any
9  personal knowledge about any of those things.
10     A. Oh, any personal knowledge? No.
11     Q. Right. So when this says on information and
12 belief, it's not really upon your information or upon
13 your belief.
14     A. I'm not really sure. Sorry, I just keep,
15 like, rereading it.
16     Q. Okay, yeah, sure, take your time.
17     A. Yeah, I mean, I'm not really sure. I think
18 it's probably pertaining to the conversations and,
19 like, actions that have been done prior to me, you
20 know, maybe having to do with the girls that were in
21 communication with the athletic director or something,
22 but nothing --
23     Q. Okay, well, let me ask just maybe a few
24 specific questions and I think maybe I can move on from
25 this. Do you know what criteria UK uses to establish

**Page 67**

1  or maintain its men's teams?
2      A. To maintain its men's teams?
3      Q. Yes.
4      A. Are you talking about, like, maintaining a
5  men's team, like, the structure, the -- you know, the
6  -- what they have to offer, like, the -- hous-- or not
7  the housing, but, like, the dorms and the --
8      Q. No, to be honest, you know, and this is your
9  complaint, I think what paragraph 50 refers to is just
10 whether or not the team exists from one year to the
11 next. You know, are we going to have basketball next
12 year; are we going to have tennis next year; are we
13 going to cut --
14     A. Do I know the criteria that UK uses to
15 determine that? No, I mean, that's UK's criteria.
16     Q. And you don't know what that is, though.
17     A. No, I don't know UK's --
18     Q. All right. So the same question for the
19 women. If UK -- do you know what criteria UK uses to
20 evaluate whether to add a new women's team?
21     A. Whether to add a women's team? No, I don't
22 know the specific -- I mean, I'm sure they do, like, a
23 forecasting analysis of the finances and the expenses
24 that go into, you know, whatever with a team, but I
25 don't think -- I think -- for me it's fairly, like,

**Page 68**

1  black and white, like: You're in compliance or you're
2  not in compliance. And UK's not in compliance so they
3  just start adding more female sports to, you know,
4  increase the female participants because that's what we
5  deserve and that's what the high schoolers that are
6  coming in deserve.
7         So it's not like there should be any criteria.
8  It's, yes, those girls deserve the opportunity. UK's a
9  great school. Why not add them, start being in
10 compliance?
11     Q. So how would UK know which sports to add,
12 then, if they wanted to add one? Can --
13         MS. ZWAGERMAN: Objection. Sorry, I
14 thought you were finished.
15         MR. BEAUMAN: I know. I was --
16         MS. ZWAGERMAN: I don't want to interrupt
17 you.
18     Q. Let me try to restate it. It'll be a little
19 clearer I think if I restate it.
20         If UK was going to add a new women's team and
21 let's say UK makes the decision we're going to add a UK
22 women's team, do you know what criteria UK uses to
23 determine which sport?
24     A. No. I mean, that's -- I think these are very
25 high-level -- I mean, I'm not on the executive athletic

**Page 69**

director committee to know that criteria, no. And, I mean, I'm not saying that they should be adding field hockey or lacrosse, but they could add, you know, equestrian, rowing, triathlon. They can add any of those. I don't know the criteria that goes into it, but I think they should, you know, give those girls an opportunity to participate at a Division 1, you know, level and give that opportunity.

Q. So then would you be satisfied in this action if UK did add sports even if it weren't field hockey or lacrosse?

A. Yeah, I mean, it's not about me. It's about, just, the future of girls. I mean, I understand that. And that's -- like when I said my voice has weight, not specifically pertaining to field hockey, lacrosse, it's any female sport, give them the opportunity and, you know, let's have this equality and let's be in compliance. I don't think it's specifically towards field hockey and lacrosse, no. I don't care. I just want any female sport.

Q. So the very last part of paragraph 50, and I promise I'll move on, but there's a reference here to -- it says, "in the case of men, on recruiting athletes from various sources to determine which teams to establish and maintain."

**Page 70**

I'm not sure I understand what you're trying to say here, and I guess my question is what does this mean? What are you referring to when you say athletes are recruited from various sources to determine which teams to establish and maintain?

A. I don't know.

Q. Fair enough. So the next paragraph, paragraph 51, says that "UK does not have a history or continuing practice of expanding intercollegiate athletic opportunities for women students to accommodate their existing or developing interests."

And again I'm going to try to skip around and not repeat myself, but would you agree with me at least that one way that UK can evaluate interests of its female student population is to survey them?

A. I don't agree with you on -- I mean, it's yes or no. Also that sentence says existing or developing interests, so that kind of pertains to not only the interests on campus but also, you know, high school girls that would want to come to UK and play at the Division 1 level.

Q. Right, but I think my question, Ms. Niblock, was a way that UK can gauge interests is to survey its female students, correct?

MS. ZWAGERMAN: Objection, it calls for a

**Page 71**

legal conclusion. You can answer.

A. Yeah, no, I don't -- especially a survey that is mandatory to take before you register for a class I don't think is an accurate depiction of the population, you know, on campus of females. I think -- I know people fly through -- I mean, we have surveys on that before we register and you just get through it as fast as you can. No one's reading the fine print. No one knows the severity or the significance of it. I didn't didn't know. And you just -- so, no, I don't think surveying is an accurate depiction of that.

Q. Okay, I'm skipping around a little bit, sorry, just don't want to go back over things obviously we've already covered, be respectful of everybody's time. So if you will, flip to page 14.

A. Uh-huh.

Q. Ms. Niblock, by the way, I should have said at the beginning anytime you need to take a break as well, obviously just speak up, we're happy to do that.

Paragraph 59.

A. Okay.

Q. Excuse me, paragraph 62 mentions that in 2004 members of the female club lacrosse team met with the Athletics Director Mitch Barnhart to have a discussion about lacrosse. Do you know any of the people that

**Page 72**

were involved in that conversation?

A. No.

Q. So I guess, then, you have no personal knowledge about what was said at that meeting.

A. No.

Q. And you've not ever spoken with Mr. Barnhart to find out what was said.

A. No, I mean, that was when I was seven years old, so no.

Q. Well, but, I mean, recently, like before you filed your lawsuit --

A. No.

Q. -- at some point you learned that --

A. Right, but that was also over 15 years ago, so, I mean, unless he has a really great memory and can remember that conversation.

Q. Yeah, and, likewise, the female students that were in the room, that's going to be over 15 years ago for them to recall what was said at that meeting as well, correct?

A. I don't know. I wasn't there for the conversation.

Q. So if you will skip down -- and this is what we touched on earlier when we were talking about field hockey -- page 15, so the next page, and paragraph 71?

**Page 85**

1    A. No.
2            (EXHIBIT 3 INTRODUCED)
3    Q. Well, I mean it sort of looks like an email,
4 but it's obviously not a copy of an email. Have you
5 ever seen this before?
6    A. No.
7    Q. Did you create this document?
8    A. No.
9    Q. Do you have any idea who did?
10   A. No, but you could read it and figure it out, I
11 guess.
12   Q. So the next exhibit, I guess 4, pretty
13 obviously an email, copy of an email from Brennan
14 Tucker to Martha Alexander. Have you seen this email
15 before? I say email. It's actually an email chain or
16 exchange.
17   A. No.
18           (EXHIBIT 4 INTRODUCED)
19   Q. Have you seen it before?
20   A. No.
21   Q. So next, Exhibit 4 we have marked, that you
22 identified in your documents as continuing part of that
23 email between Ms. Alexander and Ms. Tucker, have you
24 seen this email before?
25   A. Are you talking about Exhibit 5?

**Page 86**

1    Q. Yes.
2    A. No, I have not.
3            (EXHIBIT 5 INTRODUCED)
4    Q. Okay, so the next exhibit is a memo to the
5 president, President Capilouto, from I guess eight
6 students, and it's dated January 30 of 2019. Do you
7 know when you first got a copy of this?
8    A. No, this is the first time I've read this.
9            (EXHIBIT 6 INTRODUCED)
10       MR. BEAUMAN: Jill, one thing I noted on
11 here when I was getting ready for this deposition is
12 some of these items have attachments or enclosures but
13 they're not all included. Some are obvious but others
14 aren't. So we may just want to take a look through and
15 see if an attachment got left off if it was supposed to
16 be included.
17       MS. ZWAGERMAN: I know we've produced to
18 you everything that we have and that we obtained
19 through this process. So, I mean, we can go back and
20 check, but I know we haven't withheld anything.
21       MR. BEAUMAN: Okay. Well, yeah, and I
22 meant it was maybe inadvertent. Like, this has two
23 enclosures, right, the letter from Donna Lopiano, which
24 is later in here, I assume, but then there's this UK
25 Club Sports History. But in any event, we'll deal with

**Page 87**

1 that later.
2       MS. ZWAGERMAN: Okay, thank you.
3    Q. So the next item, Ms. Niblock, is -- says, "A
4 Note to the Board of Trustees" from Ms. Tucker. Do you
5 see that?
6    A. Uh-huh.
7            (EXHIBIT 7 INTRODUCED)
8    Q. Have you seen this before?
9    A. No.
10   Q. I was just trying to figure out what this is
11 when it says a note. I mean, I don't know if this was
12 the text of an email or anything, but you don't have
13 any idea, do you?
14   A. No.
15   Q. Okay, fair enough.
16   A. But these are all, you know, I mean, things
17 that if I would have known, I would have put my name
18 along as well.
19   Q. Were you -- by the way, to that point, so
20 you're a freshman at Furman in the '16/'17 academic
21 year, so that's your freshman year of eligibility,
22 right?
23   A. Uh-huh.
24   Q. Yes?
25   A. Yes.

**Page 88**

1    Q. Yes, okay. So then transfer to Kentucky,
2 obviously that would be like you're sitting out a year.
3 Just trying to figure out how much eligibility would
4 you have had left? Could you have been playing this
5 spring, in '21?
6    A. Yes.
7    Q. Because you get five years to play four is
8 what I've always heard is the rule from once you start.
9 Is that what you've heard?
10   A. I also don't -- I mean, I know with COVID I
11 think that extends your year of elig-- I don't know the
12 minutia --
13   Q. Yeah, good point. Good point. Good point.
14       Okay, the next exhibit is a letter from the
15 Chair of the Board of Trustees, Mr. Brockman. I'm
16 assuming you've not seen this before either, just based
17 on the last few exhibits?
18   A. No.
19           (EXHIBIT 8 INTRODUCED)
20   Q. So next is a draft of a fairly thick document.
21 Think it's 140 pages. Have you seen this before?
22   A. No.
23           (EXHIBIT 9 INTRODUCED)
24   Q. So it's identified as the draft of the NCAA
25 self-study report prepared by UK.

**Page 109**

1  make the case, in addition to what you've told me here
2  today in your testimony.
3       MS. ZWAGERMAN:  Objection, it calls for
4  legal strategy and legal conclusion.  You can answer to
5  the extent that you know.
6    A.  I feel like that's very opinion based.
7    Q.  Well, I know, but you've told me quite a bit
8  about, you know, how Ms. -- your conversations with
9  Ms. Stammer, and she approached you, and ultimately you
10 decided to file this lawsuit.  But then a lot of this
11 information that we've looked at today, including these
12 documents, you know, they're not yours, they come from
13 Ms. Stammer.  And obviously I'm going to have to take
14 her deposition and ask her what she knows, but I just
15 want to make sure that I've covered any communication
16 that you've had with Ms. Stammer and also that you are
17 just going to rely upon her testimony in this lawsuit.
18       MS. ZWAGERMAN:  Objection to the extent
19 of the reliance comment, but you can answer, Lisa, if
20 you know.
21   A.  Okay.  Yeah, I don't know about the whole
22 reliance thing.  But, yes, this is all.  I haven't had
23 any other -- I haven't had communication with athletic
24 directors or executive ADs at UK or whatever.
25   Q.  Or really any other employee at UK, right?

**Page 110**

1    A.  Pertaining to Title IX?
2    Q.  Pertaining to your lawsuit.
3    A.  No, I haven't talked to any other.
4    Q.  Obviously you've had thousands of
5  conversations with UK --
6    A.  Yeah.
7    Q.  -- employees over four years, but not about
8  the facts and circumstances giving rise to your suit,
9  correct?
10   A.  (Audio dropped.)
11   Q.  Was that -- I think you said "correct."
12   A.  Yeah, sorry, did it not go through?  I said
13 correct.
14   Q.  Yeah, it was weird.  I saw you talking, but
15 the audio didn't come through, so...
16       MR. BEAUMAN:  Okay.  Well, I appreciate
17 your time this morning and the collegiality from
18 everybody here on the line.
19       MS. ZWAGERMAN:  I just have a couple
20 follow-up questions.
21             EXAMINATION
22 By Mr. Zwagerman:
23   Q.  Lisa, when you were asked some questions about
24 documents that, you know, you've been given or
25 reviewed, is there a document that you have seen that

**Page 111**

1  was produced by the University of Kentucky?
2    A.  Yes, I saw the email from Sandy Bell to an
3  unknown student.
4    Q.  And as a result of seeing that email, did you
5  do anything?
6    A.  Oh, yeah, I, like, looked for it in my inbox,
7  but I couldn't find it.
8    Q.  And do you remember what the email was about?
9    A.  I think it was, like, the follow-up email from
10 the survey.
11   Q.  When you were at Furman and you were in --
12 you're a Division 1-status athlete, did you have to pay
13 any dues to be on the varsity team?
14   A.  No.
15   Q.  Did you have to pay to enter any of those club
16 tournaments?
17   A.  No.
18   Q.  Did you have a coach?
19   A.  Yes.
20   Q.  Was the coach a qualified adult, who this was
21 their job to coach the team?
22   A.  Yes.
23   Q.  You were asked some questions about, just,
24 Kentucky and some of their policies, and I don't know
25 if you know the answer to this, but do you have any

**Page 112**

1  knowledge about whether Kentucky only recruits from
2  their current student body?
3    A.  No, they recruit from, you know, high
4  schoolers.
5    Q.  Do you know if they just recruit high schools
6  in Kentucky or do you know if they go outside of
7  Kentucky?
8    A.  Yeah, I mean, they go all over the U.S. and
9  even abroad for some sports.
10   Q.  Do you believe that women would come to
11 Kentucky from all over the country to play varsity
12 sports if the college offered more opportunities?
13   A.  Absolutely.  I think UK's just such a great
14 school and it's one of the reasons, like, why I chose
15 to transfer here.  It's a powerhouse of, you know, a
16 lot of great athletics, and what girl wouldn't want to
17 come and play, you know, a sport she's been playing for
18 the past four years, and on top of it, experience the
19 school?
20       MS. ZWAGERMAN:  No further questions.
21             EXAMINATION
22 By Mr. Beauman:
23   Q.  Let me just follow up on that last point.  You
24 said you believe that women would come to UK if -- to
25 play if offered more opportunities.  Why is it that you