UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES – GENERAL

Case No. 19-cv-394-KKC-EBA      At Lexington      Date November 17, 2021

STYLE: Elizabeth Niblock et al. v. University of Kentucky, et al.

PRESENT: HON. KAREN K. CALDWELL, UNITED STATES DISTRICT JUDGE

| Genia Denisio | Elaine Haberer |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney Present For Plaintiffs**　　　　**Attorneys Present For Defendant**
Jill Zwagerman　　　　　　　　　　　　　Bryan Howard Beauman
　　　　　　　　　　　　　　　　　　　　Donald C. Morgan

PROCEEDINGS:    **TELEPHONIC STATUS CONFERENCE**

　　　Counsel for the parties appeared for a Telephonic Status Conference, as noted. After hearing statements of counsel and being sufficiently advised, IT IS ORDERED AS FOLLOWED:

1. Plaintiffs shall file an Amended Motion to Certify Class and Third Amended Complaint by December 15, 2021. Defendant's Response and Answer to the Third Amended Complaint shall be filed by January 13, 2022. The matter will then stand submitted.

2. The Court will SET ASIDE the pretrial filings deadline and the Jury Trial, currently scheduled for May 9, 2022. The Court will conduct a BENCH TRIAL on Tuesday, May 10, 2022, at 9:00 a.m. at Lexington, Kentucky. The Court will set aside four (4) days for trial.

3. This matter remains scheduled for a Telephonic Pretrial Conference on April 6, 2022 at 10:30 a.m. at Lexington, Kentucky, pending intervening Orders of the Court.

Copies: COR,D,JC
Initials of Deputy Clerk  gld
TIC: 19 min