UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| ELIZABETH NIBLOCK and ALA HASSAN, Individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>V.<br><br>UNIVERSITY OF KENTUCKY, MITCH BARNHART AND ELI CAPILOUTO in their official capacities,<br><br>    Defendants. | CIVIL ACTION NO. 5:19-394-KKC<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Court's own motion. The Court hereby ORDERS:

(1) A telephonic status conference SHALL BE SET for **March 23, 2022 at 11:00 a.m.**;

(2) The pretrial filing deadline SHALL BE SET ASIDE, to be rescheduled at the telephonic status conference.

The parties shall call 888-684-8852, using access code 6823688. Please dial in a few minutes before the conference is scheduled.

This 15th day of March, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1