UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:19-CV-00394-KKC
-*electronically filed*-

ELIZABETH NIBLOCK and ALA HASSAN, Individually
and on behalf of all those similarly situated                    PLAINTIFFS

v.                          **JOINT STATUS REPORT**

UNIVERSITY OF KENTUCKY,
MITCH BARNHART and ELI CAPILOUTO in their official capacities    DEFENDANTS

\*\*\*\*\*  \*\*\*\*\*  \*\*\*\*\*

The parties submit this joint status report to report on the parties' discussions following the status conference held on March 23, 2022, and in advance of the status conference scheduled for April 27, 2022.

Regarding the trial date, at the March 23, 2022 status conference the Court provided options for trial dates available on the Court's calendar, including the week of August 15, 2022. Plaintiffs request the trial begin on Monday, August 15. The parties have discussed the issues that will be presented to the Court, and based upon key issues that cannot be agreed upon by the Parties, Plaintiff believes all five days will be necessary for the trial. Defense counsel has prearranged travel commitments the prior weekend that may preclude trial beginning timely on Monday August 15. Defendants therefore request, if convenient to the Court's calendar, that the trial begin on Tuesday, August 16.

The parties expect that there will be few objections to exhibits and the parties will confer to attempt to stipulate to trial exhibits. The parties will jointly submit a trial exhibit list for which there is no issue as to authenticity and no objection to admissibility other than FRE 402 and 403.

To address these issues, the parties propose the following deadlines:

1. The parties shall exchange witness and exhibit lists no later than June 15, 2022.

2. No later than July 1, 2022, the parties shall file witness lists and jointly submit an exhibit list identifying trial exhibits expected to be used by either party for which the parties agree there is no issue as to authenticity and no objections to admissibility other than objections under FRE 402 and 403. In the event there are exhibits the parties are unable to agree on, the parties shall separately file exhibit lists identifying the exhibits on which the parties could not agree and include objections to any exhibits that were not included on the jointly submitted list.

3. No later than July 11, 2022, each party shall file a pretrial memorandum identifying the factual and legal issues for trial, the party's position on the appropriate legal standard to apply, and the party's position on the application of that standard.

4. No later than August 1, 2022, the parties may file responses to pretrial memoranda.

The parties look forward to discussing these issues with the Court at the April 27, 2022 status conference.

Jointly submitted,

/s/      *Jill Zwagerman (with permission)*
Jill Zwagerman
521 E. Locust Street, Suite 300
Des Moines, IA 50309
Telephone: (515) 883-2000
jzwagerman@newkirklaw.com

Lori Bullock
Bailey & Glasser LLP
PO Box 197
Ankeny, IA 50023
Telephone: (515) 416-9051
lbullock@baileyglasser.com

Barbara D. Bonar
GATLIN VOELKER, PLLC

        50 E Rivercenter Boulevard, Suite 1275
        Covington, Kentucky 41011
        Office: (859) 781-9100
        bbonar@gatlinvoelker.com
        COUNSEL FOR PLAINTIFFS


/s/ *Bryan H. Beauman*
Bryan H. Beauman
Donald C. Morgan
Sturgill, Turner, Barker & Moloney, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
Telephone: (859) 255-8581
bbeauman@sturgillturner.com
dmorgan@sturgillturner.com

and

William E. Thro
General Counsel
University of Kentucky
301 Main Building
Lexington, Kentucky 40506
Telephone: (859) 257-2936
William.Thro@uky.edu
COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2022 the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF eFiling system, which will send a notice of electronic filing to counsel of record.

        /s/ *Bryan H. Beauman*
        COUNSEL FOR DEFENDANT