UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES – GENERAL

Case No.  19-cv-394-KKC-EBA          At  Lexington          Date  April 27, 2022

STYLE:  Elizabeth Niblock et al. v. University of Kentucky, et al.

PRESENT:  HON. KAREN K. CALDWELL, UNITED STATES DISTRICT JUDGE

|  Genia Denisio  |  Linda Mullen  |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys Present For Plaintiffs**  
Lori Bullock

**Attorneys Present For Defendant**  
Bryan Howard Beauman  
Donald C. Morgan

PROCEEDINGS:    **TELEPHONIC STATUS CONFERENCE**

The Court conducted a Telephonic Status Conference, with counsel only.  Parties appeared as noted.  Parties advised that settlement seems unlikely in this matter. After hearing statements of counsel and being sufficiently advised, IT IS ORDERED AS FOLLOWED:

1. The Court will conduct a BENCH TRIAL on Tuesday, August 16, 2022 at 9:00 a.m., at Lexington, Kentucky.  The Court will set aside five (5) days for trial.

2. The schedules this matter for an in person PRETRIAL CONFERENCE on August 3, 2022 at 11:00 a.m. at Lexington, Kentucky.

3. Parties shall FILE a concise statement of the case with a brief description of strengths of the case and supporting evidence.  This bench brief shall be filed by July 11, 2022.

Copies:  COR,D,JC  
Initials of Deputy Clerk  gld  
TIC: 15 min