UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| ELIZABETH NIBLOCK and ALA HASSAN, Individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>V.<br><br>UNIVERSITY OF KENTUCKY, MITCH BARNHART AND ELI CAPILOUTO in their official capacities,<br><br>    Defendants. | CIVIL ACTION NO. 5:19-394-KKC<br><br><br><br>**ORDER** |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Court's own motion. This matter is currently scheduled for a five-day bench trial beginning on Tuesday, August 16, 2022. The Court is no longer able to try this matter as scheduled due to the Court's substantial criminal jury trial docket. Accordingly, the Court hereby ORDERS:

(1) The in-person PRETIAL CONFERENCE currently scheduled for August 3, 2022 shall be CONTINUED to **October 4, 2022 at 2:30 p.m.** in Lexington, Kentucky;

(2) The BENCH TRIAL currently scheduled to begin August 16, 2022 shall be CONTINUED to **October 24, 2022 at 9:00 a.m.** in Lexington, Kentucky. The Court will set aside five (5) days for trial.

This 12th day of July, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY