**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **ELIZABETH NIBLOCK and ALA HASSAN, Individually and on behalf of those similarly situated,**<br><br>Plaintiffs,<br><br>V.<br><br>**UNIVERSITY OF KENTUCKY, MITCH BARNHART AND ELI CAPILOUTO in their official capacities,**<br><br>Defendants. | **CIVIL ACTION NO. 5:19-394-KKC**<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court following notification by counsel of a conflict with the recently ordered trial date. Accordingly, having coordinated with the parties, the Court hereby ORDERS:

(1) The in-person PRETIAL CONFERENCE currently scheduled for October 4, 2022 shall be CONTINUED to **January 31, 2023 at 3:00 p.m.** in Lexington, Kentucky;

(2) The BENCH TRIAL currently scheduled to begin October 24, 2022 shall be CONTINUED to **February 21, 2023 at 9:00 a.m.** in Lexington, Kentucky. The Court will set aside five (5) days for trial.

This 19th day of July, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY