UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:19-CV-00394-KKC
-*electronically filed*-

ELIZABETH NIBLOCK and ALA HASSAN, Individually
and on behalf of all those similarly situated          PLAINTIFFS

v.          **DEFENDANTS' EXHIBIT LIST**

UNIVERSITY OF KENTUCKY, MITCH
BARNHART in his official capacity and
ELI CAPILOUTO in his official capacity          DEFENDANTS

***** ***** *****

Defendants University of Kentucky, Mitch Barnhart in his official capacity, and Eli Capilouto in his official capacity, through counsel, file this exhibit list in accordance with the Court's pretrial order (R. 33). Defendants reserve the right to seek leave to amend this exhibit list based on Plaintiffs' pre-trial filings, the Court's pretrial rulings, and for other good cause.[1]

A.     Exhibits expected to be offered at trial:

1. University of Kentucky Sports Schedules from 2003-2021 (UK_003115-UK_003368; UK_004018-UK_004026).

2. Department of Campus Recreation Annual Reports from 2004, 2005, 2007-2017, 2019, and 2020 (UK_004519-UK_004686).

3. University of Kentucky Men and Women Squad Lists from 2004-2023 (UK_001728-UK_003114; UK_003369-UK_003726; UK_004788-UK_005029; UK_005129-UK_005188). The 2022-23 Squad lists for baseball and stunt are not yet final. Those two squad lists are expected to be final in early February and will be produced as soon as they are final.

---

[1] The parenthetical for each exhibit identifies the bates number used in discovery for reference by other parties.

4. 2019-2021 Cheer and Dance scholarship rosters for (UK_004238-UK_004245).

5. University of Kentucky Cheer Roster, 2020-2022 (UK_004227-UK_004229; UK_005067); 2022-2023 (UK_005190).

6. University of Kentucky Dance Roster, 2020-2022 (UK_004230-UK_004231; UK_005066); 2022-2023 (UK_005191).

7. University of Kentucky's Department of Education Reports from 2005-2020 (UK_001361-UK_001727).

8. EADA Information and Data submitted to the United States Department of Education from 2017-2019 (UK_000346-UK_000387).

9. University of Kentucky Athletic Interest and Ability Surveys from 2006, 2007, 2010, 2011, 2012 (UK_000001-10); 2015-2016 (UK_003732-UK_003744); 2018-2021 (UK_004036-UK_004177).

10. University of Kentucky Athletic Survey Results from 2006, 2007, 2010, 2011, 2012, 2013, and 2018 (UK_000011-340); 2015-2016 (UK_003732-UK_003744); 2019-2020 (UK_003727-UK_003731); 2021 (UK_007435-4741); 2022 (UK_005068-UK_005076).

11. Survey Methodology for Athletics Interest & Ability Survey conducted by the University in 2018 (UK_000341-UK_000344).

12. University of Kentucky Interest and Ability Athletic Survey Flow from 2019-2021 (UK_004687-4734).

13. University of Kentucky Interest and Ability Athletic 2021 Survey Edit view with question logic (UK_004742-UK_004785).

14. Statistics regarding interest and ability survey for equestrian, field hockey, lacrosse, and triathlon from 2019-2021 (UK_004518).

15. University of Kentucky Sport Budgets for Years 2006-2021 excluding 2016 (UK_001208-UK_001360).

16. 2020-2021 Fiscal Year University of Kentucky Department of Athletics Budget with Reconciliation Details (UK_004178-UK_004226).

17. Year to Date Financial Report as of 5/23/22 (UK_005030-UK_5064).

18. Year to Date Financial Report as of 12/31/22 (UK_005079-UK_005125).

19. Resolution Agreement between UK and OCR dated December 21, 2016 (UK_000750-UK_000757).

20. Letter of Finding by OCR dated January 31, 2017 (UK_000714-UK_000749).

21. Notes from Interests Abilities Review Committee meeting from August 14, 2017, July 31, 2018, June 13, 2019, August 3, 2020, August 31, 2021, and August 22, 2022 (UK_0003913-UK_003915; UK_003916-UK_003918; UK_003920-UK_003923; UK_003924; UK_005189; UK_005126–UK_005128).

22. Emails with Sandy Bell regarding Stunt as an emerging sport from 2017-2020 (UK_003973-UK_003997).

23. Emails involving Sandy Bell regarding students showing interest and ability in various sports and opportunities at UK to participate in sports from 2017-2020 (UK_003745-UK_003825; UK_003841-UK_003844; UK_003881-UK_003896; UK_003899-UK_003900; UK_003925-UK_003929; UK_004002-UK_004004).

24. Charts and Report by University of Kentucky regarding Research and models for progress towards proportionality (UK_003930-UK_003972).

25. University of Kentucky Enrollment and Demographic Data, located at https://www.uky.edu/irads/enrollment-demographics.

26. U.S. Census Data for Kentucky and Lexington, Kentucky, located at https://www.census.gov/quickfacts/KY and https://www.census.gov/quickfacts/fact/table/lexingtonfayetteurbancountykentucky,KY/PST045221.

27. Athletic Participation Numbers from 2020-2022 (UK_005077-UK_005078). The University also will utilize a similar format at trial for the 2022–2023 academic year. Until baseball and Stunt are finalized, this document cannot be prepared but will be created and provided in early February, when the squad lists for Stunt and baseball become final.

B. **Exhibits that may be offered at trial:**

28. University of Kentucky Athletic Organization Charts from 2009-2018 excluding 2016 (UK_004027-UK_004035).

29. Academic Year Records of Financial Aid Awarded by Gender and Sport for 2018-2019 (UK_000345).

30. Agendas for Interests Abilities Review Committee from August 14, 2017 and June 13, 2019 (UK_003912; UK_003919).

31. Survey Questionnaires provided by Coaches and their responses (UK_000388-UK_000712).

32. Emails regarding scheduling and meeting on June 14, 2017 meeting with field hockey representatives, and follow up regarding elevating field hockey (UK_003827-UK_003840).

33. Memorandum to President Capilouto Re: Exploration of reinstating field hockey to varsity status by elevating the current club team dated March 30, 2017 (UK_003826).

34. Emails regarding acro and tumbling NCATA national championship from 2017-2018 (UK_003998-UK_004001; UK_0004005-UK_004009);

35. Emails with Tom Younts regarding triathlon from 2017-2020 (UK_003866-UK_003880).

36. Email chain between Suzie Stammer and Sandy Bell regarding field hockey varsity elevation status dated April 4, 2018 (PL 197-198).

37. Dr. Lopiano Report RE: University of Kentucky Title IX Questions dated December 18, 2018 (PL 156-PL 160).

38. Email chains regarding UK Field Hockey Club Team members inquiring establishing field hockey as varsity sport at University of Kentucky in 2018 (UK_003845-UK_003851).

39. Emails from 2018 with UK officials regarding NCAA Equestrian questions (UK_003897-UK_003898; UK_003901-UK_003911).

40. Emails from 2019 regarding further inquiries to adding field hockey as a varsity sport (UK_003852-UK_003853; UK_003857-UK_003865).

41. IEEO Closing Letter Addressing Student Inquiry Regarding Addition of Lacrosse, Field Hockey, and Triathlon (UK_004514–UK_4517).

42. IEEO File regarding Gender Equity in Athletics dated January 7, 2019 (UK_004246-UK_004506).

43. Emails regarding rescheduling meeting for IEEO complaint dated January 14, 2019 (UK_004507-UK_004513).

44. Memo to President Capilouto Request for Immediate Addition of Women's Varsity Field Hockey, Lacrosse, and Triathlon dated (PL 6-PL 7).

45. Emails from February-May 2019 regarding Board of Trustees receipt of letter regarding adding field hockey to University of Kentucky varsity athletics (UK_004010-UK_004017).

46. Email chain from February 5, 2019 between Stammer and UK club field hockey players regarding parent from Louisville offering to support our mission (PL 201-PL 202).

47. Email and Note from February 19, 2019 to the Board of Trustee requesting the Board to intervene on behalf of club teams requesting to be elevated to varsity status (PL 8; PL 205).

48. Response Letter dated February 19, 2019 from UK Board of Trustee Chair to Student Request to elevate certain club sports to varsity (PL 9).

49. Email and Letter dated March 12, 2019 to complainant regarding gender equity concerns and IEEO's office review of the concerns (UK_004514-UK_004517).

50. Exemplar facility schedules for the Joe Craft Center and Memorial Coliseum from February 2021 (UK_004232).

51. Email regarding Athletics interest survey 2021 launch planning from February 2021 (UK_004233-UK_004237).

52. Email chain with Stammer and UK club athletes Subject: Reading material for you from May 5, 2021 (PL 221-223).

53. 2021 Athletics Survey Advisor Email Proposal (UK_004786).

54. 2021 Athletics Interests Survey student email (UK_004787).

55. 2021-2022 University of Kentucky Stunt Team Promotional Poster.

56. Emails from 2023 with Equestrian President regarding elevating Club Equestrian Team (PL 224-228).

57. Email from Stammer dated May 5, 2021 to students Subject: Reading material for you (PL 221-223).

58. Questionnaire (with responses) provided to Intramural Director of UK (UK_000713).

59. Documents Produced by Suzie Stammer pursuant to subpoena duces tecum.

60. Virginia Lacefield's Curriculum Vitae.

61. NCAA Reports: 2015 through 2020 (UK_000758-0001207).

62. All materials and information available on the University of Kentucky Athletics website, which is publicly available at https://ukathletics.com/.

63. Any exhibit required for rebuttal or impeachment.

64. Any document required to refresh recollection.

65. Any exhibit or document identified by Plaintiffs in their exhibit list.

66. Any discovery responses and Rule 26 disclosures and supplemental disclosures disclosed by the parties in this case and any documents provided or identified.

**C.    Demonstrative Exhibits:**

These Defendants may utilize demonstrative exhibits including the following:

1. Summary chart of athletic participation opportunities by year.

2. University of Kentucky Enrollment and Demographic Data, located at https://www.uky.edu/irads/enrollment-demographics.

3. U.S. Census Data for Kentucky and Lexington, Kentucky, located at https://www.census.gov/quickfacts/KY and https://www.census.gov/quickfacts/fact/table/lexingtonfayetteurbancountykentucky,KY/PST045221.

4. All materials and information available on the University of Kentucky Athletics website, which is publicly available at https://ukathletics.com/.

Respectfully submitted,

*/s/ Bryan H. Beauman*
Bryan H. Beauman
Donald C. Morgan
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507
Telephone: 859.255.8581
Facsimile: 859.231.0851
bbeauman@sturgillturner.com
dmorgan@sturgillturner.com

&

William E. Thro
General Counsel
University of Kentucky
301 Main Building
Lexington, Kentucky 40506
William.Thro@uky.edu
Telephone: (859) 257-2936
ATTORNEYS FOR DEFENDANTS
UNIVERSITY OF KENTUCKY, ELI
CAPILOUTO, AND MITCH BARNHART
in their official capacities

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, the foregoing document was filed using the Court's CM/ECF system which will send electronic notice to all counsel of record, registered to receive electronic filings.

/s/ *Bryan H. Beauman*
ATTORNEY FOR DEFENDANTS