AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   KENTUCKY-LEXINGTON DIVISION

ELIZABETH NIBLOCK AND ALA HASSAN,
*Individually and on behalf of those similarly situated,*
V.
UNIVERSITY OF KENTUKY, ET AL.

**AMENDED EXHIBIT AND WITNESS LIST**

Case Number:   5:19-CV-394-KKC-EBA

| PRESIDING JUDGE<br>Judge Karen K. Caldwell | PLAINTIFF'S ATTORNEY<br>Lori Bullock, Jill Zwagerman | DEFENDANT'S ATTORNEY<br>Bryan Howard Beauman, Carmine G. Iaccarino |
|---|---|---|
| Bench Trial 8/7/23-8/9/23 | COURT REPORTER<br>Lauren Gootee | COURTROOM DEPUTY<br>Genia Denisio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 8/7/23 | | | **WITNESS: Mitch Barnhart, Director of Athletics at University of Kentucky** |
| 45 | | 8/7/23 | X | X | Memorandum to Dr. Eli Capiluto, dated 3/30/17, from UK Field Hockey Club Officers |
| 19 | | 8/7/23 | X | X | Letter from Tim Parsons to Dr. Capiluto, Mitch Barnhart, dated 2/12/19 |
| Def 22 | | 8/7/23 | X | X | E-mail to Mitch Barnhart, dated 2/28/19, from Tim Parsons, regarding field hockey |
| 44 | | 8/7/23 | X | X | E-mail chain to Mitch Barnhart and others, dated 1/3/23 from Grace Bieghler, Equestrian Team |
| Jt 8 | | 8/7/23 | X | X | 2020-2021 Interest Survey flow |
| 48 | | 8/7/23 | X | X | UK Athletics Website |
| W2 | | 8/7/23 | | | **WITNESS: Suzanna Lou Stammer, former employee at University of Kentucky** |
| 12 | | 8/7/23 | X | X | 13 page brochure presented to UK on Field Hockey |
| 13 | | 8/7/23 | X | X | 2019 Operational Budget proposed to UK on Field Hockey (part of Exh #12) |
| 1-5 | | 8/7/23 | X | X | Letters of support from former alumni for Field Hockey, presented to UK |
| 14 | | 8/7/23 | X | X | E-mail to Amelia Metz, following up with Sandra Bell |
| 10<br>41 | | 8/7/23<br>8/7/23 | X<br>X | X | October, 2017 correspondence to Sandra Bell<br>Letter from Brennan Tucker |
| 15<br>11 | | 8/7/23<br>8/7/23 | X<br>X | X<br>X | E-mail to Rachel Baker, Joseph Zink, and Sandra Bell, 7/18/17<br>E-mail from Sandra Bell, advising that field hockey would not be pursued at varsity level |
| 16 | | 8/7/23 | X | X | E-mail from Terri Tucker, dated 11/28/18 |
| 22 | | 8/7/23 | X | X | E-mail from Martha Alexander to discuss Women's Field Hockey meeting |
| 34 | | 8/7/23 | X | X | Letter from Brennan Tucker to Dr. Capiluto, dated 1/30/2019 |
| 42 | | 8/7/23 | X | X | Attached to Letter (#Exh. 34), Memorandum from Dr. Lopiano |
| | 33 | 8/7/23 | X | X | E-mail chain between Sue Feamster, Suzie Stammer, re: Draft of Parent's Letter (2 pages) |
| W3 | | 8/7/23 | | | **WITNESS: Ala Hassan, plaintiff** |
| Jt 65 | | 8/7/23 | X | X | E-mail sent 2/15/21 advising students of a UK Athletics survey |
| Jt 4 | | 8/7/23 | X | X | UK Athletics Survey given to students |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___4___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Elizabeth Niblock, et al. | vs. | University of Kentucky, et al. | 5:19-cv-394-KKC-EBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | Jt 70 | 8/7/23 | X | X | Joint summary chart – UK Varsity Team Squad List Student Athletes by Year |
|  | Jt 65 | 8/7/23 | X | X | Broadcast e-mail to students sent on 2/15/21 |
| W4 |  | 8/8/23 |  |  | **WITNESS: Elizabeth Niblock, plaintiff** |
| 18 |  | 8/8/23 | X | X | E-mail from Lacrosse Club Team, dated 6/6/17 |
| Jt 70 |  | 8/8/23 | X | X | Chart tracking male and female athletes at UK in last 10 years |
| W5 |  | 8/8/23 |  |  | **WITNESS: Georgia Murray, UK student** |
| 27 |  | 8/8/23 | X | X | Powerpoint prepared by Ms. Murray, "Equestrian Varsity Elevation" |
| 28 |  | 8/8/23 | X | X | E-mail from Sandra Bell to Georgia Murray regarding 2022 survey |
| W6 |  | 8/8/23 |  |  | **WITNESS: Sandra Bell, Executive Associate Athletic Director at University of Kentucky** |
| Jt 34 |  | 8/8/23 | X | X | Squad List for University of Kentucky, 63 pages |
| Jt 29-33 |  | 8/8/23 | X | X | Squad List for University of Kentucky for 2017 through 2022. |
| Df 14 |  | 8/8/23 | X | X | UK Athletics Participation Numbers report, prepared by Sandra Bell |
| Jt 40 |  | 8/8/23 | X | X | NCAA Financial Reports for years 2015 through 2020 (450 pgs.) |
| Jt 69 |  | 8/8/23 | X | X | Enrollment and Demographics from UK website |
| Jt 83 |  | 8/8/23 | X | X | Joint Summary Exhibit of UK Participation data (4 pgs.) |
| Jt 70 |  | 8/8/23 | X | X | Joint Summary Exhibit – UK Squad List Counts by Sport, 2012-2023 |
| Jt 51 |  | 8/8/23 | X | X | Agenda for Interests/Abilities Review committee – August 14, 2017 |
| Jt 51-56 |  | 8/8/23 | X | X | Athletic Interest and Abilities Committee Notes and Agendas |
| Df 9 |  | 8/8/23 | X | X | Interest and Abilities Committee Notes, 2021 and 2022 |
| Jt 44<br>Jt 73 |  | 8/8/23<br>8/8/23 | X<br>X | X<br>X | 2019 UK Athletics Survey Results: Women's summary<br>Breakdown of Interest Survey Question Responses for 2019-2023 |
| 54 |  | 8/8/23 | X | X | 2018-2019 High School Survey by National Federation of High School Associations |
| 53 |  | 8/8/23 | X | X | 2021-2022 High School Survey by National Federation of High School Associations |
| 55 |  | 8/8/23 | X | X | NCAA Sports Sponsorship and Participation Rates Report |
| 45 |  | 8/8/23 | X | X | Memorandum to Sandra Bell, dated March 30, 2017 |
| 50 |  | 8/8/23 | X | X | E-mail chains to Sandra Bell, re: UK Club Field Hockey |
| Df 25 |  | 8/8/23 | X | X | E-mail chains between Sandra Bell and Jennifer Barber |
| Jt 61 |  | 8/8/23 | X | X | E-mails to Students from Martha Alexander, dated 3/12/19, Formal Opinion on Title IX |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Elizabeth Niblock et al. vs. University of Kentucky, et al. | | | | | 5:19-cv-394-KKC-EBA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 20 | | 8/8/23 | X | X | E-mails from April 22, 2019, re: UK Field Hockey between Ron Lee, Mark Lattin and others |
| 43 | | 8/8/23 | X | X | E-mails forwarded to Sandra Bell regarding NCAA Equestrian, NCEA and Kentucky |
| 44 | | 8/8/23 | X | X | E-mails from Grace Bieghler to Sandra Bell and others, regarding Equestrian Inquiry |
| Jt 50 | | 8/8/23 | X | X | E-mails between Sandra Bell and Stephanie Ransom, regarding Equestrian FY20 Budget |
| Jt 9 | | 8/8/23 | X | X | University of KY Athletics Association, Survey of First-Year Students' Athletic History (10 pgs) |
| Jt 10 | | 8/8/23 | X | X | Interest Survey Results for First-Year Students' Athletic History Survey (330 pgs.) |
| Jt 76 | | 8/8/23 | X | X | Athletics Interest and Abilities Survey given to students |
| Jt 63 | | 8/8/23 | X | X | 2021 Athletics Interest Survey Report Results |
| Jt 26 | | 8/9/23 | X | X | Kentucky Women's Soccer schedule from 2004-2020 (10 pgs.) |
| 38 | | 8/9/23 | X | X | Sports Competition schedules from UK website (89 pgs.) |
| 33 | | 8/9/23 | X | X | Junior Varsity Squad lists |
| 31 | | 8/9/23 | X | X | Dance Rosters |
| 32 | | 8/9/23 | X | X | Cheer Rosters from 2020-2023 |
| Df 3 | | 8/9/23 | X | X | Cheer and Dance Scholarship Roster, 2019-2021 |
| Pl 30 | | 8/9/23 | X | X | FY 24, UK Athletic Budget Reconciliation as of 5/9/23 |
| Jt 41 | | 8/9/23 | X | X | 2015-2021 UK Sports Budget |
| Jt 78 | | 8/9/23 | X | X | 2023 Interest Survey E-mail Invitation |
| | 13 | 8/9/23 | X | X | Census information |
| | Jt 56 | 8/9/23 | X | X | Chart of committee reviews of Interest and Abilities Surveys |
| | 11 | 8/9/23 | X | X | Sample of e-mails sent to students by Sandra Bell |
| | 23 | 8/9/23 | X | X | Title IX Report from Martha Alexander |
| | 10 | 8/9/23 | X | X | E-mail chain with a student and Sandra Bell, re: UK Stunt |
| W6 | | 8/9/23 | | | **WITNESS: Mark J. Lattin, Executive Director For Campus Recreation** |
| Df2 | | 8/9/23 | X | X | Department of Campus Recreation Annual Reports |
| Jt 82 | | 8/9/23 | X | X | Department of Campus Recreation and Wellness report |
| Jt 81 | | 8/9/23 | X | X | Department of Campus Recreation and Wellness report |
| W7 | | 8/9/23 | X | X | **WITNESS: Rachel Newman Baker, Executive Associate Athletics Director, SWA** |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | Elizabeth Niblock, et al.    vs.    University of Kentucky, et al.    5:19-cr-394-KKC-EBA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| Df 18 | | 8/9/23 | X | X | E-mails between Rachel Baker, Sandra Bell and Tim Yount |
| Jt 47 | | 8/9/23 | X | X | Notes from 6/14/17 Field Hockey Meeting |
| Pl 57 | | 8/9/23 | X | X | E-mails between Rachel Baker and others |
| Jt 7 | | 8/9/23 | X | X | 2020-2021 Interest Survey re student athletics interests |
| W8 | | 8/9/23 | | | **WITNESS:  Virginia Lacefield, Research Data Analyst with Analytics** |
| Jt 65 | | 8/9/23 | X | X | Broadcast e-mail to students regarding Interest Survey |
| Jt 8 | | 8/9/23 | X | X | 2021 Athletics Interest & Abilities Survey |
| Jt 6 | | 8/9/23 | X | X | 2021 Interest Survey Flow and Embedded Data |
| Jt 63 | | 8/9/23 | X | X | 2021 UK Athletics Survey Internal Report |
| Jt 73 | | 8/9/23 | X | X | Breakdown of Interest Survey Question Responses for 2019-2023 |
| Jt 72 | | 8/9/23 | X | X | 2023 Women's Athletics Interest Survey Results |

Page    4    of    4    Pages