UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:19-CV-00394-KKC
*-Electronically filed-*

ELIZABETH NIBLOCK AND ALA HASSAN, Individually
and on behalf of all those similarly
situated                                                                                                           PLAINTIFFS

v.        **ORDER EXTENDING A DEADLINE UNDER LR 7.1**

UNIVERSITY OF KENTUCKY,
BOARD OF TRUSTEES, MITCH
BARNHART and ELI CAPILOUTO                                                                      DEFENDANTS

***** ***** *****

Following the trial of this matter, the Court ordered the parties to submit proposed findings of fact and conclusions of law no later than September 29, 2023. [DE 146] On September 27, 2023, the parties filed a Joint Motion for Agreed Order Extending a Deadline [DE 151] which the Court entered. [DN 152] On October 5, 2023, the parties filed a Joint Motion for Agreed Order Extending a Deadline [DE 153] which the Court entered. [DN 154].

The parties having agreed to a brief extension of time of a deadline contained in the Order extending a deadline [DE 152, DE 154] Court being otherwise sufficiently advised, the Court orders as follows:

- The parties shall FILE proposed findings of fact and conclusions of law by October 14, 2023.  Joint Motion for extension (DE #157) is GRANTED.

- The remaining deadlines and requirements in the Court's August 25, 2023 Order [DE 146] remain unchanged.

So ORDERED this  18th day of October, 2023.

1

Prepared by:


*/s/ Jill M. Zwagerman*
Jill M. Zwagerman
COUNSEL FOR PLAINTIFF

Have seen and agreed to:


*/s/ Jill M. Zwagerman*
Lori A. Bullock
Bailey & Glasser, L.L.P.
309 E. 5th Street, Suite 202B
Des Moines, IA 50309
Telephone: 515-416-9051
Email:  lbullock@baileyglasser.com

Jill M. Zwagerman
Newkirk Zwagerman, P.L.C.
521 E. Locust Street, Suite 300
Des Moines, IA 50309
Telephone: 515-883-2000
Email: jzwagerman@newkirklaw.com
COUNSEL FOR PLAINTIFFS

*/s/Carmine G. Iaccarino*
Bryan H. Beauman
Carmine G. Iaccarino
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507
Telephone: 859.255.8581


*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

2