IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| ELIZABETH NIBLOCK, and Ala Hassan, Individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br>v.<br><br>UNIVERSITY OF KENTUCKY, MITCH BARNHART and ELI CAPILOUTO in their official capacities,<br><br>Defendants. | CIVIL ACTION NO. 5:19-CV-00394-KKC<br><br><br>**ORDER TO SUBSTITUTE JOINT TRIAL EXHIBIT 34** |

This matter, having come before the Court on the Parties' Joint Motion to Substitute Joint Exhibit 34, and the Court having reviewed the Parties' Motion (DE #159) and otherwise being sufficiently advised, IT IS HEREBY GRANTED:

Joint Exhibit 34 shall be substituted. The clerk of court shall substitute Joint Exhibit 34 as submitted by the parties on August 10, 2023, for the Joint Exhibit 34 filed with the parties' motion at Docket No. 159.

So ordered this 23rd day of October, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1