# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **ELIZABETH NIBLOCK AND ALA HASSAN,** <br> **INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED** <br>   Plaintiffs, <br><br> VS. <br><br> **UNIVERSITY OF KENTUCKY, MITCH BARNHART AND ELI CAPILOUTO IN THEIR OFFICIAL CAPACITIES,** <br>   Defendants. | CASE NO. 5:19-CV-00394-KKC <br><br><br><br><br><br> **COUNSEL NOTICE OF ADDRESS CHANGE** |

COMES NOW, counsel for the Plaintiff, and states that they will be moving their office to a new location as of November 27, 2023.  The new address is 3900 Ingersoll Ave, Suite 201, Des Moines, IA 50312.

        NEWKIRK ZWAGERMAN, P.L.C.

        __/s/ *Jill M. Zwagerman*
        Jill M. Zwagerman AT0000324
        jzwagerman@newkirklaw.com
        3900 Ingersoll Ave, Suite 201
        Des Moines, IA 50312
        Telephone:  (515) 883-2000
        Fax:  (515) 883-2004

        ATTORNEYS FOR PLAINTIFF

Original filed.
Copy to all Parties via EDMS.