UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ELIZABETH NIBLOCK and ALA HASSAN, Individually and on behalf of those similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF KENTUCKY, MITCH BARNHART, and ELI CAPILOUTO in their official capacities,<br><br> Defendants. | CIVIL ACTION NO. 5:19-394-KKC<br><br><br><br>**JUDGMENT** |

**\*\*\* \*\*\* \*\*\***

For the reasons stated in the Findings of Fact and Conclusions of Law entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Judgment is entered in favor of the University of Kentucky on Plaintiffs' Title IX claim;

2) Plaintiffs' Equal Protection claim against Mitch Barnhart and Eli Capilouto in their official capacities is DISMISSED with prejudice;

3) this Judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the Court's active docket.

This 28th day of October, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY