Form 1A

**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

United States District Court for the Eastern District of Kentucky
Docket Number 5:19-cv-394-KKC

Elizabeth Niblock and Ala Hassan, individually and on behalf of those similarly situated, Plaintiff

v.                                                            Notice of Appeal

University of Kentucky, Mitch Barnhart, and Eli Capilouto, in their official capacities, Defendant

Elizabeth Niblock and Ala Hassan (name all parties taking the appeal)* appeal to the United States Court of Appeals for the SIXTH Circuit from the final judgment entered on 10/28/2024 (state the date the judgment was entered).

(s) Lori Bullock
*Attorney for* Plaintiffs
*Address*: 309 E 5th Street, Suite 202 B, Des Moines, Iowa 50309

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.