**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 26, 2024

Ms. Lori Bullock
Bailey Glasser
309 E. Fifth Street
Suite 202 B
Ankeny, IA 50023

Mr. William Eugene Thro
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, KY 40506-0032

Re:  Case No. 24-6060, *Elizabeth Niblock, et al v. University of Kentucky, et al*
       Originating Case No. : 5:19-cv-00394

Dear Counsel,

   This appeal has been docketed as case number **24-6060** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **December 10, 2024**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-6060

ELIZABETH NIBLOCK, Individually and on behalf of all those similarly situated; ALA HASAN, Class Representative

    Plaintiffs - Appellants

v.

UNIVERSITY OF KENTUCKY; MITCHELL S. BARNHART; ELI CAPILOUTO

    Defendants - Appellees