UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-6060

ELIZABETH NIBLOCK, individually and on behalf of all similarly situated; ALA HASSAN, Class Representative,

    Plaintiffs - Appellants,

    v.

UNIVERSITY OF KENTUCKY,

    Defendant - Appellee.

**FILED**
Jan 20, 2026
KELLY L. STEPHENS, Clerk

Before: SUTTON, Chief Judge; MURPHY and BLOOMEKATZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Lexington.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                ENTERED BY ORDER OF THE COURT

                Kelly L. Stephens, Clerk