## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 20, 2026

Mr. Bryan Howard Beauman
Mr. Carmine Gennaro Iaccarino
Sturgill, Turner, Barker & Moloney
333 W. Vine Street, Suite 1500
Lexington, KY 40507

Ms. Lori Bullock
Bullock Law
309 E. Fifth Street, Suite 202 B
Des Moines, IA 50309

Mr. Joshua Ian Hammack
Bailey & Glasser
1055 Thomas Jefferson Street, N.W., Suite 540
Washington, DC 20007

Mr. William Eugene Thro
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, KY 40506-0032

Mr. Caleb Randall Trotter
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814

Ms. Jill Zwagerman
Newkirk Zwagerman
3900 Ingersoll Avenue, Suite 201
Des Moines, IA 50309

Re: Case No. 24-6060,
   *Niblock, et al. v. Univ. of Ky, et al.*
   Originating Case No. 5:19-cv-00394

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

    Yours very truly,

    Kelly L. Stephens, Clerk


    Laurie A Weitendorf
    Deputy Clerk

cc: Mr. Robert R. Carr

Enclosures

Mandate to issue.